U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 0 2 2011

TONY R. MOORE, CLERK
BY_____
      DEPUTY

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Eric Karl MYSZKE-FRANCIS<br><br>_____<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:11-mj-00071-01<br><br>MJ11-360 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2010 - August 2010__ in the county of __Caddo__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 2251(d)(1) & (e) | Conspiracy to Advertise the Distribution of Child Pornography |
| Title 18 United States Code, Section 2252A(a)(2)(A) & (b)(1) | Conspiracy to Distribute Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

ATTEST A TRUE COPY
TONY R. MOORE, CLERK
USDC, WESTERN DISTRICT OF LA
BY _____
DATE  8/2/11

_____
Complainant's signature

Leslie Williams, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __Aug. 2, 2011__

_____
Judge's signature

City and state: __Shreveport, Louisiana__    Mark L. Hornsby, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Leslie Williams, being duly sworn and deposed, state the following:

## INTRODUCTION

1. Your affiant is a Special Agent with the Department of Homeland Security, Homeland Security Investigations [hereinafter HSI] currently assigned to the Office of the Resident Agent in Charge Shreveport, Louisiana and has been so employed since June 2009. Your affiant is responsible for investigations involving the production, importation, advertising, receipt, and distribution of child pornography which occur in the Western District of Louisiana.

2. As a Special Agent, I have received training and have gained experience in the investigation of criminal violations enforced by Homeland Security Investigations enumerated in Titles 18 and 19 of the United States Code. Specifically, I received twenty-three weeks of training at the Federal Law Enforcement Training Center in Glynco, Georgia.

3. Your affiant was previously employed with the West Monroe Police Department in West Monroe, Louisiana for nine years, serving approximately four and a half years as a detective responsible for investigating internet crimes against children and was a member of the Federal Bureau of Investigation (FBI) Innocent Images and Cyber Crimes Task Force, the Northeast Louisiana Internet Crimes Against Children (ICAC) Task Force and the Department of Justice Project Safe Childhood – Western District of Louisiana. Your affiant has received training through the FBI Innocent Images and Cyber Crimes Center and the U.S. Department of Justice Project Safe Childhood in the areas of child pornography and child sexual exploitation, as well as specialized instruction in conducting investigations of individuals suspected of possessing, receiving and distributing child pornography.

## PROBABLE CAUSE

4. Beginning on or about the 24th day of April 2010, and continuing until on or about the 31st day of August, 2010, in the Western District of Louisiana and elsewhere, Eric Karl MYSZKE-FRANCIS, DOB 07/02/1984, the defendant herein, did knowingly and intentionally conspire, confederate, and agree together and with others, both known and unknown, to commit the crimes of advertising child pornography and distributing child pornography in violation of Title 18 United States Code, Section 2251(d)(1) & (e) and Title 18 United States Code, Section 2252A(a)(2)(A) & (b)(1).

5. HSI learned through an investigation that a subject using the screen name, SAMSACKK, was a member of a private child pornography bulletin board, hereinafter "Bulletin Board A," dedicated to the advertisement and distribution of hardcore child pornography. Further investigation revealed that Eric Karl MYSZKE-FRANCIS was using the screen

name SAMSACKK to access "Bulletin Board A." The actual name of the bulletin board is known to law enforcement, but because this relates to an ongoing investigation, the generic name "Bulletin Board A" has been used in this document.

6. In order to gain access to "Bulletin Board A" an individual was required to post child pornography to the board, and then had to be granted membership by "Administrator A." Once gaining membership, each member could access the board using a login screen name and password. "Bulletin Board A" listed specific rules, in order to gain membership to the board. Individuals seeking membership were required to upload a certain amount of child pornography to a separate website and provide "Administrator A" with preview images and the web address and password for the complete files. "Administrator A" required that the images either contain hard core activity or nudity, and that the minors depicted were under 13. "Administrator A" stated that membership would not be granted unless these specific rules are followed.

7. Members of the board were segregated into a hierarchy of four membership levels by "Administrator A." Each level of membership permitted access to more content on "Bulletin Board A." An individual could move up in membership level based upon the number and frequency of posts. The highest membership level consisted of individuals who produced their own child pornography material.

8. The main webpage of "Bulletin Board A" was divided into five different areas, and within each of these areas were different sections referred to as "forums." The forums generally reflected the type of images or videos contained therein. Some of these forums included:

    a. "Homemade Posts Only"
    b. "PT Vids"
    c. "Boys"
    d. "Super Hardcore"
    e. "Over 14 Videos and pictures"
    f. "Over 18 passwords"
    g. "Chat"

9. "Bulletin Board A" also contained specific rules for the type of content to be posted in the forums. For example:

    a. The "Super Hardcore" forum, was described as containing material of very young children "getting fucked" and "preteens in distress, and or crying." The rules stated that if the child looks "totally comfortable" then the child is not in distress and the material did not belong in the "Super Hardcore" section.

    b. The "Homemade Posts Only" forum was described on the main page as a section for only "producers." Within the forum, the rules stated that it was an exclusive section and only individuals that made their own material can access this forum.

   c. The "PT Vids" section was described on the main board as a section for videos only and the minors depicted could not be over the age of 13.

10. Within each forum, a member of "Bulletin Board A" could make a posting which was referred to as a "topic." "Bulletin Board A" contained hundreds of topic posts distributing and advertising child pornography. Within these posts, members provided preview images of the child pornography they were making available for other members along with the web address and user created password where the complete image collection or video of child pornography could be downloaded.

11. Through the board's rules, instructions were provided to all members regarding how to post preview images and how to make the complete images and videos available on another website. Members were instructed to upload the full images or video to a separate website, and require a password in order to download and decrypt the files. In the topic post advertising the child pornography, members were instructed to alter a part of the web address so that it could not function as a hyperlink; this modification required another member, seeking to view the advertised content, to manually enter the web address into an Internet browser and make the appropriate changes for the web address to be valid.

12. HSI Special Agents captured information related to a member using the screen name SAMSACKK. Included on the "Bulletin Board A" profile for SAMSACKK were the following statistics:

   a. User joined the bulletin board on April 24, 2010.
   b. User made 53 posts, some of which contained prepubescent child pornography as defined by United States Code, Section 2256.
   c. User was assigned to the second level of membership, VIP.
   d. User posted most frequently in the "PT Vids" section.
   e. User supplied the email address, notvalid@notvalid.fake during member registration.

13. Agents identified the member SAMSACKK logging onto "Bulletin Board A" using IP addresses operated by the internet service provider (ISP) Frontier Communications.

14. An administrative subpoena/summons was served to Frontier Communications requesting information related to the user who was assigned to the IP addresses. Subpoena/summons responses from Frontier Communications showed the IP addresses resolved to an Internet Account assigned to Eric MYSZKE-FRANCIS. The address associated with the account was 8208 161st Avenue NE, # A104, Redmond, WA 98052 (MYSZKE-FRANCIS' residence).

15. On July 28, 2011, HSI Special Agents executed a federal search warrant at the residence of MYSZKE-FRANCIS and seized numerous computers and digital media. Forensic analysis of a Seagate Hard Drive (serial number 6TE0KTXW) revealed a cookies.txt file

that contained a string of text that included the screen name of "Administrator A" and the name of "Bulletin Board A." The text string read, "[Administrator A screen name]%20["Bulleting Board A]" with the file path hda3\home\efrancis\.mozilla\firefox\jpkpw648.default\cookies.txt.

16. On July 28, 2011, HSI Special Agents contacted Eric Karl MYSZKE-FRANCIS at his place of employment during the simultaneous search of his residence. When Agents identified themselves to MYSZKE-FRANCIS he immediately began to cry and said he was "scared" of the Agents. MYSZKE-FRANCIS was advised of his Miranda rights. Agents assisted MYSZKE-FRANCIS with contacting his father by phone, who had returned to the residence while Agents were conducting the search. After speaking with his father, MYSZKE-FRANCIS signed the Miranda form and stated that he understood his rights and was willing to speak with Agents without a lawyer present. MYSZKE-FRANCIS told Agents that his computer knowledge was good, and that based on a scale of 1 to 5, he was a 3.5. MYSZKE-FRANCIS repeatedly said that he wanted to cooperate with the Agents and continued to cry at times. Approximately 20 minutes after MYSZKE-FRANCIS had signed the Miranda form he said that he wanted to speak with a lawyer. The interview ended at that time.

17. On August 1, 2011, an initial forensic preview of the seized digital media identified as a Seagate Hard Drive (serial number 5QE39LKG) revealed a file folder that was named after the screen name of "Administrator A" and contained a common two letter abbreviation for "Bulletin Board A." The actual filename read "[Administrator A screen name][abbreviation for "Bulletin Board A]." Within this file path were the letters "HMM," which referred to the same text/letters referenced by SAMSACKK in his post dated May 9, 2010, on "Bulletin Board A." Also on the hard drive was a large amount of suspected child pornography, including approximately 12 color images depicting a series of young Asian females, approximately 6 to 8 years of age, posing for the camera while each is holding a sign containing the following text:

HI [Administrator A screen name]
I LOVE YOU
I love [Bulletin Board A]

Similar images were commonly posted on "Bulletin Board A" and used to gain favor with "Administrator A."

18. Also located on the same Seagate Hard Drive (identified in paragraph 17 above) were the following videos which were referenced by SAMSACKK in posts he made to "Bulletin Board A":

   a. Video file entitled "Klvn 1202 m3b 11 Yo fk.avi" posted on June 9, 2010.
   b. Video file entitled "p2010trailer final.mpg" posted on June 4, 2010.

19. "Bulletin Board A" had over 600 members who posted advertisements offering to distribute child pornography in the same manner as SAMSACKK. At least one of the members during the conspiracy, Edward Oedewaldt, was located in the Western District of Louisiana, and advertised and distributed child pornography from the Western District of Louisiana.

20. Based upon the above information, Eric Karl MYSZKE-FRANCIS did knowingly and intentionally conspire, confederate, and agree together and with others, both known and unknown, to commit the crimes of advertising child pornography and distributing child pornography in violation of Title 18 United States Code, Section 2251(d)(1) & (e) and Title 18 United States Code, Section 2252A(a)(2)(A) & (b)(1).

_____
Leslie Williams
Special Agent
U. S. Department of Homeland Security
Homeland Security Investigations

Sworn to and subscribed before me on this __2nd__ of August 2011.

_____
Mark L. Hornsby
UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>Eric Karl MYSZKE-FRANCIS<br>_Defendant_ | )<br>)   Case No. 5:11-mj-00071-01<br>)              MJ11-360<br>)<br>) |

ATTEST A TRUE COPY
TONY R. MOORE, CLERK
USDC, WESTERN DISTRICT OF LA
BY _[signature]_
DATE 8/2/11

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Eric Karl MYSZKE-FRANCIS
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

   Title 18 United States Code, Section 2251(d)(1) & (e) - Conspiracy to Advertise the Distribution of Child Pornography

   Title 18 United States Code, Section 2252A(a)(2)(A) & (b)(1) - Conspiracy to Distribute Child Pornography

Date: Aug 2, 2011                                              _[signature]_
                                                            _Issuing officer's signature_

City and state:     Shreveport, Louisiana                  Mark L. Hornsby, United States Magistrate Judge
                                                            _Printed name and title_

---

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____<br><br>Date: _____                                              _____<br>                                                                                   _Arresting officer's signature_<br><br>                                                                                   _____<br>                                                                                   _Printed name and title_ |

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____