

Dreamboard -> Rules -правила- □□ -Reglamento- - Mozilla Firefox
File Edit View History Bookmarks Tools Help
file:///C:/Cases/Press/page01.htm
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard -> Rules - English, jap, russi...
Dreamboard -> Rules -правила- 規則 -R...
Hawkeye
Posted: January 17, 2008 06:44 pm
Edit
Quote
All the things I really like are immoral,illegal or fattening
Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008
If you dont like hardcore leave now!
Choose a proper nickname, NOT something like 'aaaa' or 'jhsd;qgqsgal;kj' or '12345'. If you DONT choose a proper nickname, I may not activate you, even if you apply by all the other rules. Bullshit nicknames indicate you are not serious about dreamboard, and its very insulting, and I may in fact delete you on sight, when your name appears at the bottom of the board.
No grannies, young only for applications (under 13). And no godamn 'toons' for applications!
Nude or Hard Core for applications.
Not Sandra, Vlad, new star, nip slips etc...
If I dont see Nudity in the preview, you dont get in
PROHIBITED DONT USE THESE UPLOADERS! (MALO, отрицательно,schlecht!)
- usershare.net
- Upload-drive
- Drop.io
- MEDIAFIRE
- BADONGO
- MEGASHARES
- MEGAUPLOAD
- MEGAEROTIC
- RAPIDSHARE
- SENDSPACE
- SEXUPLOADER
- YOUSENDIT.
- FILEFACTORY
- USAUPLOAD
- bigupload.com
- w13.easy-share.com
- up-file.com
- LETBIT
- EVILSHARE
- zippyshare
- zshare
- hyperfileshare
- webfilehost.com
- www.files.to (because no one can download from it, its useless)
- Archiv.to
- enterupload.com
-www.savefile.com/
- hotfile.com
Your video/pic set, must be around a 50 meg upload.
I measure the upload file NOT decryption size.
A 5 meg file that decrypts to 50 meg, is a 5 meg file, and will NOT get you in.
Upload size must be 50 megs or more, and you can upload the file in parts, like 1.rar, 2.rar, 3.rar etc...
Must have a preview. (No imageshack, no imagavenue, imageshost.ru/ is preferred)
Must have dreamboard and your nick in password.
If your name is 'Rodger'
GMT/UTC: Tue 21:38
Washington, DC: Tue 17:38



Dreamboard -> Rules -правила- □□ -Reglamento- - Mozilla Firefox
File Edit View History Bookmarks Tools Help
file:///C:/Cases/Press/page01.htm
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard -> Rules - English, jap, russi...
Dreamboard -> Rules -правила- 規則 -R...
If your name is 'Rodger'
Then the pass for your video would be
"RodgerForDreamboard"
Always write the exact pass you used.
DO NOT write 'pass according to the rules' or some other cryptic bullshit.
We dont want to be all day, trying to guess a password
And dont put 'newdreamboard' in pass etc.. just 'dreamboard'
Yes, I have referred to this board as new, when writing about it at kikis etc..
But its in reference to the fact, it was brought back from the dead, and that was a long time ago.
So just 'dreamboard' in pass, thanx
---------------
Good uploaders
filesurf.ru/
hotshare.net/
up.spbland.ru/
balsamic.fam.cx/balsamic-uploader
If any of these, change, so javascript is needed to download, then STOP using them
---------------
Also dont alter your email, it may delete you, or set you back to validating.
--------------
Once in awhile, a members account sometimes just dissapears or stops working.
If this happens, contact me, and I will fix it
-------------
Also only post YOUR own work, YOU uploaded, dont repost other peoples links.
And always provide a preview, thanks
You will not become a member, if you dont apply this way.
------------------------------------------
To be able to post in application section you must:
1. register
2. login as the name you registered as.
3. Go to 'post your application here' section
------------------------------------------
A real email is not needed, and has never been needed for Dreamboard.
Anyone who says, dreamboard needs real emails is very wrong.
In fact there have been many untrue things said about dreamboard,
so just ignore, what people have said, and enjoy!
Make up an email like, luke@luke.com
GMT/UTC: Tue 21:39
Washington, DC: Tue 17:39

Dreamboard -> Apply Here with a Video or Pic set - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?showforum=5
Google
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard -> Apply Here with a Video ...
Dreamboard -> Rules -правила- 規則 -R...
> Dreamboard -> Welcome -> Apply Here with a Video or Pic set
-= Register here, then log in - (Dream works best with Firefox) =-
READ THE RULES & ALL PINNED TOPICS BEFORE APPLYING. No Rapidshare No reposting
Read & save hours of everyones time. Hawkeye WILL delete those, who blatantly apply without following rules.
That means your account will show an 'error', next time you go to login, if you ignored the rules.
-= If you have login problems re-register, then PM Hawkeye. DONT change your email, it could set you to validating =-
-= NO backdoor trading, E-Mails, or personal invites etc. to other boards via pm, you will be DELETED for that =-
-= If you havent UPLOADED in 50 days, & login doesent work, re-apply, because you have been DELETED =-
-= Uploaders remain, TALKERS & LURKERS who DON'T upload are deleted. To Get VIP upload 3 gigs =-
-= WinRAR Only! No KGB/ZIP/7z or any other encrypters. RAR is the only effective program =-
AVOID ALL KOREAN REDIRECTS!
USE the secure Redirecta.hut1.ru & Redirectb.h16.ru
jbbs.livedoor.jp/sports/12449/ if lost
Dreamboard address is near the top
PINNED TOPICS
BANNED HOSTS - DO NOT USE
Load.to--Usershare.net--10pix.ru--Radikal.ru
iPicture.ru-Imagevenue.com-Imagehost.org-yukle.tc
Imghost.sk---xs.to---Imageshack---Archiv.to
Click here to see more banned hosts
1. All posts MUST have live STORYBOARD Previews. (One pic for each set from commercial sites is fine)
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!
NEW TOPIC
Apply Here with a Video or Pic set
Topic Title | Topic Starter | Replies | Views | Last Action
thread_dot2 | Pinned: dont even bother posting grannies 4 apply / Pussy and/or anal in previews is nudity | Hawkeye | 0 | 3147 | May 29, 2009 Last Post by: Hawkeye
thread_dot2 | Pinned: When you encrypt file name, change the name / to something that does NOT sound like CP | Hawkeye | 0 | 2933 | April 05, 2009 Last Post by: Hawkeye
thread_dot2 | Pinned: Write the 'exact' name of what your posting / Dont make title 'application/your name' | Hawkeye | 0 | 3670 | January 28, 2009 Last Post by: Hawkeye
thread_dot2 | Pinned: Now only admins can read your applications / And include the motherf@cking password! | Hawkeye | 0 | 3049 | January 24, 2009 Last Post by: Hawkeye
thread_dot2 | Pinned: NUDE or hardcore for apply. NOT non nude / 50meg for application-Nudity in previews | Hawkeye | 0 | 8369 | December 06, 2008 Last Post by: Hawkeye
thread_dot2 | Pinned: Put preview on an image host like imageshost.ru / Am not downloading files just 2 see prev | Hawkeye | 0 | 8103 | November 26, 2008 Last Post by: Hawkeye
open-new | 2 11yo russians | kolyan | 0 | 3 | June 28, 2010 Last Post by: kolyan
thread_dot2* | valya 24 | lolitiann | 1 | 9 | June 27, 2010 Last Post by: Hawkeye
thread_dot2* | Holly - Rar | Smurfer | 1 | 7 | June 26, 2010 Last Post by: Hawkeye
thread_dot2* | Random Preteen Cunt / Misc pics of little babes showing, etc. | talisman | 3 | 11 | June 26, 2010 Last Post by: Hawkeye
1 User(s) are browsing this forum (0 Guests and 0 Anonymous Users)
GMT/UTC: Tue 21:40
Washington, DC: Tue 17:40

Dreamboard -> dont even bother posting grannies 4 apply - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?showtopic=15927
Google
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard -> dont even bother postin...
Dreamboard -> Rules -правила- 規則 -R...
> Dreamboard -> Welcome -> Apply Here with a Video or Pic set
-= Register here, then log in - (Dream works best with Firefox) =-
READ THE RULES & ALL PINNED TOPICS BEFORE APPLYING. No Rapidshare No reposting
Read & save hours of everyones time. Hawkeye WILL delete those, who blatantly apply without following rules.
That means your account will show an 'error', next time you go to login, if you ignored the rules.
-= If you have login problems re-register, then PM Hawkeye. DONT change your email, it could set you to validating =-
-= NO backdoor trading, E-Mails, or personal invites etc. to other boards via pm, you will be DELETED for that =-
-= If you havent UPLOADED in 50 days, & login doesent work, re-apply, because you have been DELETED =-
-= Uploaders remain, TALKERS & LURKERS who DON'T upload are deleted. To Get VIP upload 3 gigs =-
-= WinRAR Only! No KGB/ZIP/7z or any other encrypters. RAR is the only effective program =-
AVOID ALL KOREAN REDIRECTS!
USE the secure Redirecta.hut1.ru & Redirectb.h16.ru
jbbs.livedoor.jp/sports/12449/ if lost
Dreamboard address is near the top
PINNED TOPICS
BANNED HOSTS - DO NOT USE
Load.to--Usershare.net--10pix.ru--Radikal.ru
iPicture.ru-Imagevenue.com-Imagehost.org-yukle.tc
Imghost.sk---xs.to---Imageshack---Archiv.to
Click here to see more banned hosts
1. All posts MUST have live STORYBOARD Previews. (One pic for each set from commercial sites is fine)
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!
ADD REPLY
NEW TOPIC
dont even bother posting grannies 4 apply, Pussy and/or anal in previews is nudity
Hawkeye
Posted: May 29, 2009 08:04 am
Edit
Quote
If I see posts of girls with great big tits and a big black hairy bush, then you can fucking forget being made a member.
Keep the girls under 13, in fact, I really need to see 12 or younger to know your a brother.
-----------
And dont avoid nudity in previews.
I will NOT accept you, if theres no nudity.
And my definition of nudity is pussy or anal in the shot.
You just waste your own time, if you dont do this.
Because you will not get in, if you dont follow the rules
All the things I really like are immoral,illegal or fattening
user posted image
The most important trip you may take in life is meeting people halfway
p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc...:)
I can resist everything except temptation...
Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008
PB
E-mail
1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)
1 Members: Hawkeye
« Next Oldest | Apply Here with a Video or Pic set | Next Newest »
GMT/UTC: Tue 21:40
Washington, DC: Tue 17:40

Dreamboard -> When you encrypt file name, change the name - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?showtopic=13524
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard -> When you encrypt file na...
Dreamboard -> Rules -правила- 規則 -R...
-= Uploaders remain, TALKERS & LURKERS who DON'T upload are deleted. To Get VIP upload 3 gigs =-
-= WinRAR Only! No KGB/ZIP/7z or any other encrypters. RAR is the only effective program =-
AVOID ALL KOREAN REDIRECTS!
USE the secure Redirecta.hut1.ru & Redirectb.h16.ru
jbbs.livedoor.jp/sports/12449/ if lost
Dreamboard address is near the top
PINNED TOPICS
BANNED HOSTS - DO NOT USE
Load.to--Usershare.net--10pix.ru--Radikal.ru
iPicture.ru-Imagevenue.com-Imagehost.org-yukle.tc
Imghost.sk---xs.to---Imageshack---Archiv.to
Click here to see more banned hosts
1. All posts MUST have live STORYBOARD Previews. (One pic for each set from commercial sites is fine)
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!
ADD REPLY
NEW TOPIC
When you encrypt file name, change the name, to something that does NOT sound like CP
Hawkeye
Posted: April 05, 2009 02:34 pm
Edit
Quote
When you encrypt file name, change the name to something that does NOT sound like CP, then UPLOAD it.
So you change "young assfucked.avi" to 'ya.rar' , then upload the file.
When decrypted it becomes "young assfucked.avi"
But as a rar file, its 'ya.rar'
Do you guys understand how important it is to do this?????????
All the things I really like are immoral,illegal or fattening
The most important trip you may take in life is meeting people halfway
p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)
I can resist everything except temptation...
Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008
PB
E-mail
1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)
1 Members: Hawkeye
« Next Oldest | Apply Here with a Video or Pic set | Next Newest »
ADD REPLY
NEW TOPIC
Go
- Apply Here with a Video or Pic set
Go
Active User Colors : | Admin | Mod | Super VIP Member | VIP Members | Member | Validating | Guest |
Iron Eagle
GMT/UTC: Tue 21:41
Washington, DC: Tue 17:41



Dreamboard -> Write the 'exact' name of what your posting - Mozilla Firefox
http://powerslave.staticcling.org/upload/index.php?showtopic=10768
-= Register here, then log in - (Dream works best with Firefox) =-
READ THE RULES & ALL PINNED TOPICS BEFORE APPLYING. No Rapidshare No reposting
Read & save hours of everyones time. Hawkeye WILL delete those, who blatantly apply without following rules.
That means your account will show an 'error', next time you go to login, if you ignored the rules.
-= If you have login problems re-register, then PM Hawkeye. DONT change your email, it could set you to validating =-
-= NO backdoor trading, E-Mails, or personal invites etc. to other boards via pm, you will be DELETED for that =-
-= If you havent UPLOADED in 50 days, & login doesent work, re-apply, because you have been DELETED =-
-= Uploaders remain, TALKERS & LURKERS who DON'T upload are deleted. To Get VIP upload 3 gigs =-
-= WinRAR Only! No KGB/ZIP/7z or any other encrypters. RAR is the only effective program =-
AVOID ALL KOREAN REDIRECTS!
USE the secure Redirecta.hut1.ru & Redirectb.h16.ru
jbbs.livedoor.jp/sports/12449/ if lost
Dreamboard address is near the top
PINNED TOPICS
BANNED HOSTS - DO NOT USE
Load.to--Usershare.net--10pix.ru--Radikal.ru
iPicture.ru-Imagevenue.com-Imagehost.org-yukle.tc
Imghost.sk---xs.to---Imageshack---Archiv.to
Click here to see more banned hosts
1. All posts MUST have live STORYBOARD Previews. (One pic for each set from commercial sites is fine)
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!
ADD REPLY
NEW TOPIC
Write the 'exact' name of what your posting, Dont make title 'application/your name'
Hawkeye
Posted: January 28, 2009 06:44 am
If your posting LS magazine 3-4-5.mpg then make that your title for your application post.
Dont title your application "Application", I f@cking already know, its your application.
Dont title the post with your name, or any other irrelevant garbage.
I have to keep changing the titles before moving your posts to the inner board, after I make you members.
And I am getting real sick of the titles of most applications, some of them give no indication at all what your posting.
Only you and the admins, can read your applications, so dont worry about antis reading your posts, because they cant
All the things I really like are immoral,illegal or fattening
The most important trip you may take in life is meeting people halfway
p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc... :)
I can resist everything except temptation...
Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008
1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)
1 Members: Hawkeye
« Next Oldest | Apply Here with a Video or Pic set | Next Newest »
GMT/UTC: Tue 21:41
Washington, DC: Tue 17:41



Dreamboard -> Now only admins can read your applications - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?showtopic=10609
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard -> Now only admins can rea...
Dreamboard -> Rules -правила- 規則 -R...
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!
ADD REPLY
NEW TOPIC
Now only admins can read your applications, And include the motherf@cking password!
Hawkeye
Posted: January 24, 2009 06:35 am
Edit
Quote
You can obviously read your OWN application, and admins can read it, but NO ONE else can read your applications.
Other validating CANNOT see your posts.
We had a rule, where you had to send the password via pm.
You dont have to do that anymore, as only admins and YOU can see your own work.
---------
This stops assholes from lurking and getting free posts.
And is safer for dreamboard.
Here that you asswipe lurkers?
You Idiot leaches, have to go somewhere else to get free posts, so fuck you very much, and fuck off.
All the cool people, will post and get in, all the thieves can fuck off and die
p.s Your work still needs to be password protected, some of you are not to bright, and have been uploading WITHOUT using a password. Dont do that!
WRITE the password. Dont write 'pass is by the rules' or some ridiculous load of rubbish.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Tu puedes leer obviamente tu PROPIA AplicaciÃ³n, y los admis lo pueden leer tambien, pero NADIE MAS puede leer Tus aplicaciones de ahora en adelante.
Otro miembro en Validacion NO PUEDE ver tus Aportes.
Tuvimos una regla, donde tenias que enviarme la contraseÃ±a a travÃ©s de un PM. Ahora yo no tendras que hacer eso, ya que sÃ³lo los Admins y TU pueden ver tu propio trabajo.
---------
Esto es para elimirar a los "mirones" que estan al acecho y consiguiendo Aportes libres. Ademas, es mÃ¡s seguro para TI y para Dreamboard.
Â¿Eres un miron? Tu Idiota lixivÃa, tienes que ir a conseguir Aportes libres a otra parte, asÃ que te jodes, y te jodes lejos de aqui.
Todas las personas recientes, Aportaran y EntrarÃ¡n, todos los "mirones" pueden irse a joderse lejos de aqui
All the things I really like are immoral,illegal or fattening
Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008
GMT/UTC: Tue 21:41
Washington, DC: Tue 17:41
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~



Dreamboard -> NUDE or hardcore for apply. NOT non nude - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://powerslave.staticcling.org/upload/index.php?showtopic=8533

Dreamboard -> Rules -правила- 規則 -R... | Invision Power Board Administration Cent... | Dreamboard -> NUDE or hardcore for ap... | Dreamboard -> Rules -правила- 規則 -R...

NUDE or hardcore for apply. NOT non nude, 50meg for application-Nudity in previews

Track this topic | Email this topic | Print this topic

**Hawkeye**

All the things I really like are immoral,illegal or fattening

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

**Posted:** December 06, 2008 01:51 pm

Edit Quote

*DONT apply with non nude. If I dont see nudity in the preview, you DONT get in.*

*Dont try to avoid putting nudity in the preview. If nudity is NOT in preview, you DONT get in. I have to know your a brother.*

*DONT apply with Sandra, Vlad, New star (whatever model), or nip slips, etc..*

*Yes, we have that stuff in the board, but dont apply with it.*

*Dreamboard has more than 500 posters, and gigs of ontopic.*
*Its only fair, YOU apply with something REAL to see all of that.*

-----------

*And:*

*You apply with a file that has wrong pass, then you may have to reload your whole file, man what a drag!*

*You have no preview? I will wait a thousand years, until you provide a preview (on img.damak.cz/).*
*No preview = no entry. As in YOU WILL NEVER GET IN, without a preview.*

*You used the wrong uploader?*
*Then you have to reload your file onto a SAFE host.*

*You used rapidshare? I will delete you for that!*

*And remember I have to view hundreds of applications a week, and nearly half of you get it wrong.*
*Then by the time you read the rules, and reload, and redo everything, sometimes a whole day goes by, before you get in.*

-------------

*And 50 megs for applications. Of course larger than 50 is excellent!*

*If your video or pic set(s), dosent quite hit 50 megs, then fine, as long as its close.*

*In the past few days, at least 20, out of 60 applicants, only uploaded 5 or 10 meg posts. Well they never got in.*

*You will never get in applying with low meg posts, so dont try.*

-------------

*apply properly, by the rules, and get in straight away, no waiting! Of course i have to actually be here at the time!*

*p.s If you apply with an obvious repost of something you DID NOT upload yourself, I may ban you, for being a reposter, and thats a lifetime ban, for that nick*

~~~~~~~~~~~~~~~~~~~~~~~~~~~

GMT/UTC: Tue 21:41 Washington, DC: Tue 17:41
~~~~~~~~~~~~~~~~~~~~~~~~~~~



Dreamboard -> Holly - Rar - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?showtopic=31681
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard -> Holly - Rar
Dreamboard -> Rules -правила- 規則 -R...
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!
ADD REPLY
NEW TOPIC
Holly - Rar
Smurfer
Posted: June 25, 2010 09:22 am
Edit
Quote
Newbie
Group: Validating
Posts: 1
Member No.: 42362
Joined: June 25, 2010
Here is 44 rare fotos of well known Holly.
Preview:
http://imageshost.ru/links/0b6bf557d84528c3eeef8a5c6d8ab7f7
Download:
http://www.hotshare.net/file/269615-97745357a8.html
password: ***smurfer2010fordreamboard***
I am very happy to be part of this great community!
Thanks for looking and for your great work!
PB
E-mail
Hawkeye
Posted: June 26, 2010 09:52 am
Verwijderen
Edit
Quote
Its 50 megs for apply.
I will meet you halfway:
You can either provide a storyboard preview that previews all 44 pics, or supplement this post, by uploading more material 34 megs or larger
--------------------
The most important trip you may take in life is meeting people halfway
p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)
I can resist everything except temptation...
All the things I really like are immoral,illegal or fattening
Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008
PB
E-mail
GMT/UTC: Tue 21:43
Washington, DC: Tue 17:43



Dreamboard -> If you dont post in 50 days, - Mozilla Firefox
http://powerslave.staticcling.org/upload/index.php?showtopic=12434
-= Register here, then log in - (Dream works best with Firefox) =-
READ THE RULES & ALL PINNED TOPICS BEFORE APPLYING. No Rapidshare No reposting
Read & save hours of everyones time. Hawkeye WILL delete those, who blatantly apply without following rules.
That means your account will show an 'error', next time you go to login, if you ignored the rules.
-= If you have login problems re-register, then PM Hawkeye. DONT change your email, it could set you to validating =-
-= NO backdoor trading, E-Mails, or personal invites etc. to other boards via pm, you will be DELETED for that =-
-= If you havent UPLOADED in 50 days, & login doesent work, re-apply, because you have been DELETED =-
-= Uploaders remain, TALKERS & LURKERS who DON'T upload are deleted. To Get VIP upload 3 gigs =-
-= WinRAR Only! No KGB/ZIP/7z or any other encrypters. RAR is the only effective program =-
AVOID ALL KOREAN REDIRECTS!
USE the secure Redirecta.hut1.ru & Redirectb.h16.ru
jbbs.livedoor.jp/sports/12449/ if lost
Dreamboard address is near the top
PINNED TOPICS
BANNED HOSTS - DO NOT USE
Load.to--Usershare.net--10pix.ru--Radikal.ru
iPicture.ru-Imagevenue.com-Imagehost.org-yukle.tc
Imghost.sk---xs.to---Imageshack---Archiv.to
Click here to see more banned hosts
1. All posts MUST have live STORYBOARD Previews. (One pic for each set from commercial sites is fine)
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!
If you dont post in 50 days,, You get deleted
Hawkeye
Posted: March 12, 2009 10:49 pm
Apply by rules, become a member, but that does not make you a member forever.
Any member NOT posting for 50 days, will be deleted.
Validating who dont post in 5 days, get deleted
I may delete non poster every 48 days, or every 47 days, depending on how things are going.
So dont wait until day 50.
And once in awhile I will turn off registration after some BIG deletions of non posters, so you will have to WAIT a week or longer to re-reg.
That would SUCK, so dont be lazy
All the things I really like are immoral,illegal or fattening
The most important trip you may take in life is meeting people halfway
p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc... :)
I can resist everything except temptation...
Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008
1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)
1 Members: Hawkeye
« Next Oldest | Say Hello | Next Newest »
GMT/UTC: Tue 21:45
Washington, DC: Tue 17:45

*50 arrested, out of the total.*

*I would say, I could think of 50 here, who do unsafe things.*

*Associating in real life, or getting in your car and driving 50 miles to try and screw some 10yo you met 2 days ago is stupid.*

*yes, there is a close bond between members on boards, but when you say o.k, lets go and have a drink together, the game changes.*

*I am always shocked when i discover people are meeting in real life, and it happens far to often*

*Remember that super best friend, may be your mortal enemy one day, and then thats an enemy who knows who you really are, plus the 500 other things that can go wrong, when you meet in real life.*
*something a simple as being under observation.*
*Like they match private messages (email, pm, or whatever) to real life actions, if they are actually watching you in real life.*
*Lets see if Tom gets in his car and drives to such and such adress, as mentioned in the message.*
*ive read a few news stories about that.*

*they may not have enough to get you from online actions, but when you take it into the real world, they get evidence.*

*---------------*

*and for anyone who does have ontopic buddies in real life, at least 'dont' add new buddies to your list, as thats another bullet in the russian roulette chamber, for every new buddy you add.*
*One day your going to have a fully loaded gun pointed at your head, when you pull that trigger*

*----------*

*and you may be horny as hell, but dont go off trying to screw some jailbait, you have only known for a few days on the net.*
*2 days not even close to good enough.*

*As always dont act to quick, or you will repent at leisure*

--------------------
user posted image
*The most important trip you may take in life is meeting people halfway*

*p.s Members cant always fix some problems themselves.*
*If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)*



Dreamboard -> Say hello than apply in applications - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?showtopic=121
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard -> Say hello than apply in a...
Dreamboard -> Rules -правила- 規則 -R...
AVOID ALL KOREAN REDIRECTS!
USE the secure Redirecta.hut1.ru & Redirectb.h16.ru
jbbs.livedoor.jp/sports/12449/ if lost
Dreamboard address is near the top
PINNED TOPICS
BANNED HOSTS - DO NOT USE
Load.to--Usershare.net--10pix.ru--Radikal.ru
iPicture.ru-Imagevenue.com-Imagehost.org-yukle.tc
Imghost.sk---xs.to---Imageshack---Archiv.to
Click here to see more banned hosts
1. All posts MUST have live STORYBOARD Previews. (One pic for each set from commercial sites is fine)
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!
ADD REPLY
NEW TOPIC
Say hello than apply in applications, Do NOT post applications in this section
Hawkeye
Posted: January 19, 2008 04:18 am
Edit
Quote
yes we are happy to hear you say hello!
But remember your just introducing yourself, it does not make you a member.
Say hello, and then apply by the rules in application section, DO NOT post your application in this section, thankyou
~~~~~~~~~~~~~~~~~~~~~~
ÂiSÃ, estamos felices de poder decirte HOLA!
Pero recuerda, el solo presentarte, no te hara miembro.
Di hola y presentate, pero ve y Aplica de acuerdo a las reglas en la seccion de Aplicaciones. Gracias
All the things I really like are immoral,illegal or fattening
Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008
The most important trip you may take in life is meeting people halfway
p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)
I can resist everything except temptation...
PB
E-mail
1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)
1 Members: Hawkeye
« Next Oldest | Say Hello | Next Newest »
ADD REPLY
NEW TOPIC
Go
- Say Hello
Go
Active User Colors : | Admin | Mod | Super VIP Member | VIP Members | Member | Validating | Guest |
Iron Eagle
GMT/UTC: Tue 21:45
Washington, DC: Tue 17:45
~~~~~~~~~~~~~~~~~~~~~~

Dreamboard (Powered by Iron Eagle Productions) - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://powerslave.staticcling.org/upload/index.php?act=idx

Dreamboard -> Rules -правила- 規 則 -R... | Invision Power Board Administration Cent... | Dreamboard (Powered by Iron Eagle Pro... | Dreamboard -> Rules -правила- 規 則 -R...

**Welcome**

| | Forum | Topics | Replies | Last Post Info |
|---|---|---|---|---|
| bf-NoNew | Rules - English, jap, russian<br>READ the rules before you register ... | 1 | 0 | January 17, 2008 06:44 pm<br>In: Rules -np...<br>By: Hawkeye |
| bf-NoNew | Apply Here with a Video or Pic set<br>APPLY here with uploads ONLY. | 10 | 5 | June 28, 2010 04:07 am<br>In: 2 11yo russians<br>By: kolyan |
| bf-NoNew | Say Hello<br>Say HELLO here ... | 3200 | 272 | June 26, 2010 06:21 am<br>In: relaxin, chillin and weekendin<br>By: puss_bear |

**VIP**

| | Forum | Topics | Replies | Last Post Info |
|---|---|---|---|---|
| bf-NoNew | Homemade Posts Only<br>Exclusive section for Producers ONLY | 202 | 1266 | June 28, 2010 12:09 pm<br>In: Jackrabbit<br>By: Hawkeye |
| bf-NoNew | Hawkeye Chest<br>Only the Captain can post here ... | 14 | 54 | February 17, 2010 03:35 pm<br>In: boy and girl, 2.18 gigs &am...<br>By: green |
| bf-NoNew | Super VIP posting<br>Only Super VIP's can post and see, in this section | 547 | 4230 | June 28, 2010 12:49 pm<br>In: Contribution only for Svip<br>By: Hawkeye |
| bf-NoNew | VIP Videos<br>NO black bush, NO BIG Titties, thankyou | 2484 | 12551 | June 28, 2010 01:39 pm<br>In: The Beginning Of The Never ...<br>By: hardon |
| bf-NoNew | VIP pictures<br>VIP's post you pictures here ... | 1167 | 6414 | June 28, 2010 12:58 pm<br>In: Bopper & Lulu<br>By: Hawkeye |

**Posts**

| | Forum | Topics | Replies | Last Post Info |
|---|---|---|---|---|
| bf-NoNew | PT Vids<br>VIDEOs only. No requests/ no girls over 13 | 8794 | 31480 | June 28, 2010 01:31 pm<br>In: Five pedo stories<br>By: B.J.hunnicutt |
| bf-NoNew | Lolicon<br>Post your GALLERIEs here ... | 3299 | 13121 | June 28, 2010 01:35 pm<br>In: Party Van Series<br>By: Janosch |
| bf-NoNew | Boys<br>Post Boy Videos and Picture sets etc.. If you dont like Boys, then dont come in! | 1046 | 3717 | June 28, 2010 11:55 am<br>In: Boy BD "pics"<br>By: paper |
| bf-NoNew | Super Hardcore<br>Post very Hard videos/Pict here, like 'Baby Hee' etc.. If you dont like very Hard, then dont come in! | 500 | 2076 | June 27, 2010 06:57 pm<br>In: Bad little bitch boy caned<br>By: paper |
| bf-NoNew | Other Boards<br>Links to other boards &iBoard'shere ... | 1111 | 3203 | June 28, 2010 01:02 pm<br>In: 3 rentalcgi<br>By: The.Invader |
| bf-NoNew | Sandra and non nude<br>Post your SANDRA & NN STUFF here | 2330 | 8282 | June 28, 2010 11:37 am<br>In: Tinymodel Brandi and Cinnam...<br>By: Witchlocked |
| bf-NoNew | 14 and Over - Videos & pictures<br>Post over fourteen videos/pics here | 758 | 1723 | June 28, 2010 12:16 pm<br>In: 14/15yo asian creampie |

GMT/UTC: Tue 21:46 Washington, DC: Tue 17:46

Dreamboard (Powered by Iron Eagle Productions) - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?act=idx
Google
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard (Powered by Iron Eagle Pro...
Dreamboard -> Rules -правила- 規則 -R...
bf-NoNew
Post your SANDRA & NN STUFF here
2330
8282
In: Tinymodel Brandi and Cinnam...
By: Witchlocked
bf-NoNew
14 and Over - Videos & pictures
Post over fourteen videos/pics here
758
1723
June 28, 2010 12:16 pm
In: 14/15yo asian creampie
By: puffyteens
Pass Words
Forum
Topics
Replies
Last Post Info
-16 Nude
Share your nude PASSWORD's -16 here ...
11
6
June 22, 2010 02:09 am
In: Protected Forum
By: ditto
-16 Non nude
Share your NN PASSWORD's -16 here ...
41
11
June 24, 2010 05:58 pm
In: Protected Forum
By: Neo63
Over 18 passwords
Share your PASSWORD's 18+ here ...
125
135
June 28, 2010 11:53 am
In: Barelylegal
By: Human8
Words
Forum
Topics
Replies
Last Post Info
bf-NoNew
Chat
When YOU have something to say ...
1107
7355
June 28, 2010 01:37 pm
In: What movie or show are you ...
By: Hawkeye
bf-NoNew
Technical
Ask or give TECHNICAL advise or programs ...
572
2885
June 28, 2010 11:21 am
In: Some Questions
By: CreamIt
The moderating team | Today's active topics | Today's top 10 posters | Overall top 10 posters
Board Statistics
1 user(s) active in the past 15 minutes
0 guests, 1 members 0 anonymous members
Hawkeye
Show detailed by: Last Click, Member Name
ics
Our members have made a total of 126096 posts
We have 664 registered members
The newest member is elmerfudd
Most users ever online was 274 on February 16, 2009 04:44 pm
Delete cookies set by this board · Mark all posts as read
Active User Colors : | Admin | Mod | Super VIP Member | VIP Members | Member | Validating | Guest |
Iron Eagle
GMT/UTC: Tue 21:46
Washington, DC: Tue 17:46

Dreamboard -> Super Hardcore - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://powerslave.staticcling.org/upload/index.php?showforum=19

Dreamboard -> Rules -правила- 規則 -R... | Invision Power Board Administration Cent... | Dreamboard -> Super Hardcore | Dreamboard -> Rules -правила- 規則 -R...

> Dreamboard -> Posts -> Super Hardcore

-= Register here, then log in - (Dream works best with Firefox) =-
READ THE RULES & ALL PINNED TOPICS BEFORE APPLYING. No Rapidshare No reposting
Read & save hours of everyones time. Hawkeye WILL delete those, who blatantly apply without following rules.
That means your account will show an 'error', next time you go to login, if you ignored the rules.

-= If you have login problems re-register, then PM Hawkeye. DONT change your email, it could set you to validating =-
-= NO backdoor trading, E-Mails, or personal invites etc. to other boards via pm, you will be DELETED for that =-
-= If you havent UPLOADED in 50 days, & login doesent work, re-apply, because you have been DELETED =-
-= Uploaders remain, TALKERS & LURKERS who DON'T upload are deleted. To Get VIP upload 3 gigs =-
-= WinRAR Only! No KGB/ZIP/7z or any other encrypters. RAR is the only effective program =-

AVOID ALL KOREAN REDIRECTS!
USE the secure Redirecta.hut1.ru & Redirectb.h16.ru
jbbs.livedoor.jp/sports/12449/ if lost
Dreamboard address is near the top

PINNED TOPICS

BANNED HOSTS - DO NOT USE
Load.to--Usershare.net--10pix.ru--Radikal.ru
iPicture.ru-Imagevenue.com-Imagehost.org-yukle.tc
Imghost.sk---xs.to---Imageshack---Archiv.to
Click here to see more banned hosts

1. All posts MUST have live STORYBOARD Previews. (One pic for each set from commercial sites is fine)
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!

Pages: (34) [1] 2 3 ... Last »

NEW TOPIC NEW POLL

Super Hardcore

| | | Topic Title | Topic Starter | Replies | Views | Last Action |
|---|---|---|---|---|---|---|
| | | **Pinned: No child death videos or pic sets** No mutilations, breaking of bones etc.. | Hawkeye | 0 | 378 | April 18, 2009 Last Post by: **Hawkeye** |
| | | **Pinned: What is 'Super Hardcore'?** Read this before you post your video | Hawkeye | 2 | 506 | November 27, 2008 Last Post by: **pervfesser** |
| | | **Pinned: Do not complain about anything in this area** You know this section is hard,so be cool | Hawkeye | 0 | 225 | March 29, 2008 Last Post by: **Hawkeye** |
| | | Bad little bitch boy caned | sonnyshade | 11 | 433 | June 27, 2010 Last Post by: **paper** |
| | | Sany (mightbe repost) moved from VIP | daydreams | 25 | 2025 | June 26, 2010 Last Post by: **pervfesser** |
| | | babyj.full_06, babyj.full_07 | PepeLepu | 19 | 663 | June 25, 2010 Last Post by: **Veronika13** |
| | | Cute Little Vamp With Vibrator and Dad | Mytink | 8 | 528 | June 25, 2010 Last Post by: **ditto** |
| | | Caution 06 & 07 Indian Lolita and a finger.... | AngelaWin | 3 | 321 | June 23, 2010 Last Post by: **emo** |
| open-new | | preteen boys whipped | gonzo | 2 | 147 | June 19, 2010 Last Post by: **blackbart2010** |
| open-new | | some more babyshivid | emo | 3 | 214 | June 19, 2010 Last Post by: **green** |

GMT/UTC: Tue 21:47 Washington, DC: Tue 17:47

Dreamboard -> No child death videos or pic sets - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?showtopic=14199
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard -> No child death videos or ...
Dreamboard -> Rules -правила- 規則 -R...
USE the secure Redirecta.hut1.ru & Redirectb.h16.ru
jbbs.livedoor.jp/sports/12449/ if lost
Dreamboard address is near the top
PINNED TOPICS
Load.to--Usershare.net--10pix.ru--Radikal.ru
iPicture.ru-Imagevenue.com-Imagehost.org-yukle.tc
Imghost.sk---xs.to---Imageshack---Archiv.to
Click here to see more banned hosts
1. All posts MUST have live STORYBOARD Previews. (One pic for each set from commercial sites is fine)
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!
CLOSED
NEW TOPIC
NEW POLL
No child death videos or pic sets, No mutilations, breaking of bones etc..
Hawkeye
Posted: April 18, 2009 02:41 pm
Edit
Quote
Fair enough if you want to post a video or pic set, thats gets rough.
But NO dead children, or kids getting dismembered, or bones broken, or teeth smashed.
If you like dead children or children getting killed then FUCK YOU, really... fuck you.
Seriously thats pushing way past my limit, some of you guys have mental problems.
And yes, this is in response to some of the stuff, that some of you try to post.
And this is topic is closed, no one is going to persuade me to change my mind, so dont even try.
p.s, I do like rough stuff, so bare in mind, I did not say, you cant post vids that have whips, belts, crying etc..
I said dont post kids getting killed! Anyone see the difference? Or is some form of the most basic intelligence required for that kind of hard thinking?
All the things I really like are immoral,illegal or fattening
--------------------
The most important trip you may take in life is meeting people halfway
p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)
I can resist everything except temptation...
Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008
PB
E-mail
1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)
1 Members: Hawkeye
« Next Oldest | Super Hardcore | Next Newest »
CLOSED
NEW TOPIC
NEW POLL
Go
- Super Hardcore
Go
Active User Colors : | Admin | Mod | Super VIP Member | VIP Members | Member | Validating | Guest |
Iron Eagle
GMT/UTC: Tue 21:47
Washington, DC: Tue 17:47

Dreamboard -> What is 'Super Hardcore'? - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?showtopic=8153
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard -> What is 'Super Hardcore'?
Dreamboard -> Rules -правила- 規則 -R...
What is 'Super Hardcore'?, Read this before you post your video
Hawkeye
Posted: November 27, 2008 03:16 pm
Edit Quote
Super Hardcore, is babyshi, baby-he etc..
Its not k-girl, its not 'real lolita vol3'
Its very young kids, getting fucked, and preteens in distress, and or crying, etc...
Getting hit hard on the ass, with a belt and so on..
I cant believe some of you guys cant work it out for yourselves?
And 'pretend' bondage, 'pretend light whipping' is not super hardcore.
If the girl looks totally comfortable, shes not in distress, it does NOT belong in this section
All the things I really like are immoral,illegal or fattening
--------------------
The most important trip you may take in life is meeting people halfway
p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)
I can resist everything except temptation...
Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008
PB E-mail
Posted: November 27, 2008 03:29 pm
Verwijderen Edit Quote
Amen Hawkeye
Unregistered
Huhu
pervfesser
Posted: November 27, 2008 10:58 pm
Verwijderen Edit Quote
A standard definition is definitely the best way to go. May I humbly propose some additions?
- General HURTcore (any forms of upset, crying, wailing, discomfort, forced actions, rape)
- BDSM (bondage and sado-masochism only)
- Lashing and spanking? <--- I am not sure about this, capt. As some may treat it as a normal "perversion"
I think people got confused due to there being no "HC" section in PT vids and treat the likes of BD, LS and numerous SC series as "only" PT vids.
Advanced Member
Group: Administrator
Posts: 3016
GMT/UTC: Tue 21:48
Washington, DC: Tue 17:48



Dreamboard -> Do not complain about anything in this area - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?showtopic=1848
-= Uploaders remain, TALKERS & LURKERS who DON'T upload are deleted. To Get VIP upload 3 gigs =-
-= WinRAR Only! No KGB/ZIP/7z or any other encrypters. RAR is the only effective program =-
USE the secure Redirecta.hut1.ru & Redirectb.h16.ru
jbbs.livedoor.jp/sports/12449/ if lost
Dreamboard address is near the top
PINNED TOPICS
Load.to--Usershare.net--10pix.ru--Radikal.ru
iPicture.ru-Imagevenue.com-Imagehost.org-yukle.tc
Imghost.sk---xs.to---Imageshack---Archiv.to
Click here to see more banned hosts
1. All posts MUST have live STORYBOARD Previews. (One pic for each set from commercial sites is fine)
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!
Do not complain about anything in this area, You know this section is hard,so be cool
Hawkeye
Posted: March 29, 2008 09:31 pm
This section is for Super Hardcore posts.
Excuse my french, but if you dont like Super Hardcore, then what the fuck are doing in this section??
The title of this section says "Super Hardcore" so if you dont like it, then dont you dare complain. I could not make the warning any more obvious thumbsup.gif
Members who constantly bitch about content in this section may end up being deleted
The most important trip you may take in life is meeting people halfway
p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc... :)
I can resist everything except temptation...
All the things I really like are immoral,illegal or fattening
Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008
1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)
1 Members: Hawkeye
« Next Oldest | Super Hardcore | Next Newest »
- Super Hardcore
Active User Colors : | Admin | Mod | Super VIP Member | VIP Members | Member | Validating | Guest |
Iron Eagle
GMT/UTC: Tue 21:48 Washington, DC: Tue 17:48

Dreamboard -> Super Hardcore - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://powerslave.staticcling.org/upload/index.php?showforum=19&prune_day=100&sort_by=Z-A&sort_key=last_post&st=15

Dreamboard -> Rules -правила- 規則 -R... | Invision Power Board Administration Cent... | Dreamboard -> Super Hardcore | Dreamboard -> Rules -правила- 規則 -R...

> Dreamboard -> Posts -> Super Hardcore

-= Register here, then log in - (Dream works best with Firefox) =-
READ THE RULES & ALL PINNED TOPICS BEFORE APPLYING. No Rapidshare No reposting
Read & save hours of everyones time. Hawkeye WILL delete those, who blatantly apply without following rules.
That means your account will show an 'error', next time you go to login, if you ignored the rules.

-= If you have login problems re-register, then PM Hawkeye. DONT change your email, it could set you to validating =-
-= NO backdoor trading, E-Mails, or personal invites etc. to other boards via pm, you will be DELETED for that =-
-= If you havent UPLOADED in 50 days, & login doesent work, re-apply, because you have been DELETED =-
-= Uploaders remain, TALKERS & LURKERS who DON'T upload are deleted. To Get VIP upload 3 gigs =-
-= WinRAR Only! No KGB/ZIP/7z or any other encrypters. RAR is the only effective program =-

AVOID ALL KOREAN REDIRECTS!
USE the secure Redirecta.hut1.ru & Redirectb.h16.ru
jbbs.livedoor.jp/sports/12449/ if lost
Dreamboard address is near the top

PINNED TOPICS

BANNED HOSTS - DO NOT USE
Load.to--Usershare.net--10pix.ru--Radikal.ru
iPicture.ru-Imagevenue.com-Imagehost.org-yukle.tc
Imghost.sk---xs.to---Imageshack---Archiv.to
Click here to see more banned hosts

1. All posts MUST have live STORYBOARD Previews. (One pic for each set from commercial sites is fine)
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!

Pages: (34) 1 [2] 3 4 ... Last »

NEW TOPIC NEW POLL

Super Hardcore

| | | Topic Title | Topic Starter | Replies | Views | Last Action |
|---|---|---|---|---|---|---|
| open-new | | 6 babyshivid video | combomike | 4 | 207 | June 12, 2010 Last Post by: **hardon** |
| open-new | | Caning of a tied-up naked boy 42 mb | rarco | 2 | 349 | June 12, 2010 Last Post by: **green** |
| open-new | | Some of my favorite baby pic Would love to see some more | bblover | 6 | 277 | June 12, 2010 Last Post by: **arb** |
| open-new | | ittle girl gets her ass spanked | pumpgun34 | 7 | 416 | June 11, 2010 Last Post by: **Daddy-0** |
| open-new | | 3yo suck | huck.pd | 1 | 209 | June 08, 2010 Last Post by: **yep** |
| open-new | | new kaite 4 vids ! (sugar) | moopie | 10 | 842 | June 05, 2010 Last Post by: **moopie** |
| open-new | | 5yo Cum/Pee/Poop | Jabba2010 | 11 | 610 | June 05, 2010 Last Post by: **cactusjack** |
| open-new | | little kyky hard ass fucked | pumpgun34 | 6 | 638 | June 04, 2010 Last Post by: **pumpgun34** |
| open-new | | Kovatod Pic Set 2yo Boy & Dad what I have (85 pics) | condor | 9 | 419 | June 01, 2010 Last Post by: **s1lenc3d** |
| open-new | | Tara ass 2 mouth re upped | Sam Sneed | 11 | 1014 | May 30, 2010 Last Post by: **lamb2010** |
| open-new | | new cum fuck and wow!! | Emi | 13 | 1627 | May 30, 2010 Last Post by: **lamb2010** |
| open-new | | 3 Tiny Girls For those that like them really young | chester | 2 | 399 | May 30, 2010 Last Post by: **lamb2010** |
| open-new | | BabyJ in RCA1 - RCA4 Almost 2 gigs of BabyJ | chester | 11 | 546 | May 29, 2010 Last Post by: **hardon** |
| thread_dot2* | | some pure weirdness fighting kids | huddle2 | 5 | 437 | May 26, 2010 Last Post by: **huddle2** |
| open-new | | Heather a little slave | no-pants | 2 | 421 | May 26, 2010 Last Post by: **Sam Sneed** |

1 Members: Hawkeye

GMT/UTC: Tue 21:49 Washington, DC: Tue 17:49

Dreamboard -> PT Vids - Mozilla Firefox

http://powerslave.staticcling.org/upload/index.php?showforum=11

PT Vids

| Topic Title | Topic Starter | Replies | Views | Last Action |
|---|---|---|---|---|
| **Pinned: ATTENTION!** (Pages 1 2 ) Please read carefully | pervfesser | 43 | 1736 | June 22, 2010 Last Post by: **green** |
| **Pinned: RULES, Prohibited hosts & good hosts** & we lose members, Dont alter email | Hawkeye | 0 | 2018 | October 14, 2008 Last Post by: **Hawkeye** |
| **Pinned: Before you upload a file, change the archive name** Antes de usted upload un archivo | Hawkeye | 0 | 499 | September 16, 2008 Last Post by: **Hawkeye** |
| **Pinned: To become VIP/SVIP** and access to password sections | Hawkeye | 0 | 2353 | September 16, 2008 Last Post by: **Hawkeye** |
| **Pinned: Report reposters to me!** And Your video, must have a preview | Hawkeye | 0 | 516 | June 21, 2008 Last Post by: **Hawkeye** |
| Five pedo stories warning dog in one of them | B.J.hunnicutt | 5 | 246 | June 28, 2010 Last Post by: **B.J.hunnicutt** |
| Hello again Sorry resubmit | -caliman91210- | 11 | 388 | June 28, 2010 Last Post by: **Hawkeye** |
| JudyAn - assfuck and cum.MPG Nice fuck and cum vid | CreamIt | 11 | 382 | June 28, 2010 Last Post by: **Capt.Morgan** |
| [Mimi] Mamekko Club Series 09 the project of about 100 files (30Gb) | AKB48 | 1 | 49 | June 28, 2010 Last Post by: **Hawkeye** |
| Macy Full It says full so I will assume it is. | Play-Doh | 6 | 236 | June 28, 2010 Last Post by: **Hawkeye** |
| Thai PTHC 2009 Lollipop Issue 1-06a 3 girls doing nasty thing | puffyteens | 0 | 16 | June 28, 2010 Last Post by: **puffyteens** |
| King Queen_of_Koktebel_part1 Big Video of Nudist | puffyteens | 0 | 38 | June 28, 2010 Last Post by: **puffyteens** |
| Open f23 Some champagne.. | Raenius | 2 | 149 | June 28, 2010 Last Post by: **frankthetank** |
| juliababby.avi pt hotties pose for webcam | stivo | 3 | 272 | June 28, 2010 Last Post by: **Capt.Morgan** |
| Nagoya (Pages 1 2 3 ) | -green- | 77 | 1145 | June 28, 2010 Last Post by: **green** |

... using this forum (0 Guests and 0 Anonymous Users)

1 Members: Hawkeye

Showing 15 of 8794 topics sorted by last post date in descending order from the beginning Go!

Pages: (587) [1] 2 3 ... Last »

NEW TOPIC

open-no-new Open Topic (new replies) Poll (new votes)

Search this forum: Enter Keywords Go

GMT/UTC: Tue 21:49 Washington, DC: Tue 17:49

Dreamboard -> ATTENTION! - Mozilla Firefox

http://powerslave.staticcling.org/upload/index.php?showtopic=29519

ATTENTION!, Please read carefully

pervfesser

Posted: May 11, 2010 05:12 am

Advanced Member

Group: Administrator
Posts: 3016
Member No.: 14143
Joined: September 18, 2008

GENERAL ANNOUNCEMENT

1. OLD THREADS SHOULD NOT BE BUMPED

After a slew of old threads been bumped, it has come to my attention that certain things needs to be said. Not only bumping old threads is bad ettiquete, it also creates hostilities and earned you a few wrath points. Collect too much of those, and you're in for a beating. Don't come crying to us if you had been treated badly.

*So...how old is old, exactly?*
If its more than 3 months old, don't bump it. If the poster has been deleted, don't bump it. If someone tells you don't bump old threads, please listen to them and don't bump it.

*Who should pay attention?*
New members to DB with few posts should NOT request (hence bumping old threads) and newly promoted VIPs.

Its not rocket science. SVIPs and VIP gets their request filled more often because of the time and effort they put in and the respect they earned. On other boards, if a newbie comes in and start requesting, he's probably heading out the door soon. We @ DB do not enforce that but its a unspoken rule.

Read below for proper request channel.

2. VIPs PREVILLEGE AND REQUEST CHANNELS

VIPs has extra powers like the **ability to use PM** and the use of **EDIT function** for their own posts.

So, a newly promoted VIP sees an old thread and for some reason, he needed that vid and that vid only to fap. All's not lost as the first thing to do is PM the original poster for reups. If he declined, is unreacheable or was deleted, try the pinned **REQUEST AND OFFER** thread **HERE.** (only for VIPs)

*Still no luck?*
Post a similar post and request for the materials you want in your own post. You can attach and reuse the old preview for this purpose.

*Not so unlucky are you?*
Post the preview in the Chat section and some nice guys would always answer. Chat section is very popular, you know. Just don't flood the section with too much request please. And if you're a newbie, start to get more active and post more before requesting anything.

3. HOW TO PROPERLY LINK THREADS ON DB (IMPORTANT)

Some hardworking members included a link to another thread but it does not work.

*Why?*
DB changes address every few days, and the links that bore the full address would probably be a null link to Timbuktu by then. The correct way is to use the dotslash code or if you're lazy, just copy the last part of the address like this "index.php?showtopic=99999".

*How?*
Notice I used the dotslash "./" code for my link above on the white color bold clickable Link with the word **"HERE"**.

Transferring data from i7.fastpic.ru...

GMT/UTC: Tue 21:50 Washington, DC: Tue 17:50

Dreamboard -> Before you upload a file, change the archive name - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?showtopic=6114
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard -> Before you upload a file, ...
Dreamboard -> Rules -правила- 規則 -R...
Before you upload a file, change the archive name, Antes de usted upload un archivo
Hawkeye
Posted: September 16, 2008 06:06 pm
Edit
Quote
Dont change the name of your video.
Change the name of the file archive, you upload.
'7yo assfucked.rar' is an upload file name, that will get people arrested.
so call it something like '7af' instead, then upload the file.
No el nombre de vÃdeo. El nombre del archivo , usted cargan. ' 7yo assfucked.rar' es un nombre , que causarÂi arrest. tan cambio algo como ' 7af' en lugar, entonces cargue archivo
--------------
A very missinformed person once wrote:
"the thing about the isp and the incriminating names such as 7 yo having sex , is that the isp carries no records of peoples internet history , there is no storage device saving where millions of people go or millions of downloads , i only read about that once so it isnt verified , on the other hand if the feds told the isp to monitor our ip personally , that would be a different story"
I responded with
Its a minimum of 3 months by law, that most ISP's worldwide have to keep logs on your internet history.
They DO keep the history, and agents WILL contact your ISP and demand those logs.
Its not some big computer that stores everyones net history ever.
Its YOUR ISP, that records and keeps your history.
All the things I really like are immoral,illegal or fattening
Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008
The most important trip you may take in life is meeting people halfway
p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)
I can resist everything except temptation...
PB
E-mail
1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)
1 Members: Hawkeye
« Next Oldest | PT Vids | Next Newest »
ADD REPLY
NEW TOPIC
Go
- PT Vids
Go
GMT/UTC: Tue 21:50
Washington, DC: Tue 17:50



Dreamboard -> To become VIP/SVIP - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?showtopic=4082
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard -> To become VIP/SVIP
Dreamboard -> Rules -правила- 規則 -R...
To become VIP/SVIP , and access to password sections
Hawkeye
Posted: September 16, 2008 05:22 pm
Edit
Quote
We have a section for Super posters
called 'VIP section'
when you are upgraded to VIP status, you can see this section.
And you will want to party hard!
user posted image
Because, there are some very big posts in VIP section!
Dont always wait for me to make you VIP. It is important, when your ready, that you title your post 'for VIP consideration'. If you dont, I may not even realise you posted 3 gigs.
Posting alot, means over 3 gig in total, or thereabouts.
Thats 3 gig of hardcore.
If your posting softcore, you may have to post around 4 gig or more.
If non nude, you can almost forget about VIP
And, on your last big attempt at VIP, title your post, something like "For VIP consideration" in pt vids section, etc...
But make sure all your dreamboard posts combined, comes to more than 3 gigs.
That is every video, you ever posted. You obviously dont have to post all the 3 gigs in just one post
And dont make me count the fucking totals.
Tell me how much you have posted in gigs, and be accurate, because I will check, but its easier, if you give me some idea
--------------------------
To access -16 nude and -16 non nude,
send me a working pass to gain access.
A working -16 nude pass for -16 nude section.
A working -16 non nude pass for -16 non nude section.
One pass, does not give access to both.
Its one pass for each section.
If you send me a pass to a legal site,
like teensfuns, or something,
I will ban you from applying for one week.
Many people use to try and trick me, with
over 18 passes.
So, now you are penalised for doing that.
All the things I really like are immoral,illegal or fattening
Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008
GMT/UTC: Tue 21:51
Washington, DC: Tue 17:51

Dreamboard -> To become VIP/SVIP - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?showtopic=4082
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard -> To become VIP/SVIP
Dreamboard -> Rules -правила- 規則 -R...
----------------------------
To access -16 nude and -16 non nude,
send me a working pass to gain access.
A working -16 nude pass for -16 nude section.
A working -16 non nude pass for -16 non nude section.
One pass, does not give access to both.
Its one pass for each section.
If you send me a pass to a legal site,
like teensfuns, or something,
I will ban you from applying for one week.
Many people use to try and trick me, with
over 18 passes.
So, now you are penalised for doing that.
It is not my job to test passes, its your job
------------------
Super VIP, gains access to Super VIP posts and 'Hawkeye Chest'
I post in that section, although, i work so hard just running dreamboard, I rarely post these days.
Of course SVIP's post a ton of work in SVIP section.
You have to be a hard working VIP first, then you become Super VIP.
You cannot apply, to be Super VIP,
I just automatically, make great members Super VIP.
If you are a hard worker, you may see my section one day.
And I usually thinks its poor taste to ask for SVIP, unless you ask because you have private, you wish to share etc...
Things may stop you becomming Super VIP,
like reposting, or being negative to admins and other members, and things like that
----------------------------
Good luck everyone, I hope most of you,
strive, to be the best you can be.
~Hawkeye~ "Can make balloon animals with my genitalia"
------------------
user posted image
The most important trip you may take in life is meeting people halfway
p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)
GMT/UTC: Tue 21:51
Washington, DC: Tue 17:51



Dreamboard -> Report reposters to me! - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?showtopic=4088
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard -> Report reposters to me!
Dreamboard -> Rules -правила- 規則 -R...
Report reposters to me!, And Your video, must have a preview
Hawkeye
Posted: June 21, 2008 03:01 pm
Edit
Quote
Report a reposter and win this
lovely toaster oven rated 5 stars!
Report 2 reposters and get the bonus steak knives!
Seriously reposting is not cool.
Only post, what you uploaded.
--------------------
And Preview pictures
To make picture 'live' use IMG tags. Remove * from my example below, when using IMG tags and put the full picture address between tags, and include 'http', like example
below
[IMG*]http://imagehosting.evonet.ro/picture[/IMG]
then the download URL's
filesurf.net/file1.rar
filesurf.net/file2.rar
and then password
If your rodger, then pass is
rodgerForDreamboard
-----------
All the things I really like are immoral,illegal or fattening
Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008
GMT/UTC: Tue 21:51
Washington, DC: Tue 17:51

Dreamboard -> PT Vids - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://powerslave.staticcling.org/upload/index.php?showforum=11&prune_day=100&sort_by=Z-A&sort_key=last_post&st=30

Dreamboard -> Rules -правила- 規則 -R... | Invision Power Board Administration Cent... | Dreamboard -> PT Vids | Dreamboard -> Rules -правила- 規則 -R...

PT Vids

| | | Topic Title | Topic Starter | Replies | Views | Last Action |
|---|---|---|---|---|---|---|
| | | daphne after shoot yum<br>long version | moopie | 1 | 205 | June 27, 2010<br>Last Post by: **stewiegriffin** |
| | | IMPORTANT:::MUST READ (Pages 1 2 3 )<br>IMPORTANT:::MUST READ | BossHiaka | 101 | 806 | June 27, 2010<br>Last Post by: **smugglerpdm** |
| | | janessa bjs for vip apply | eatit | 2 | 218 | June 27, 2010<br>Last Post by: **loon69** |
| | | For VIP consideration | Uranos | 11 | 409 | June 27, 2010<br>Last Post by: **milkman** |
| | | Kids Box - Maria 13 yo<br>video 03 | Claude | 2 | 157 | June 27, 2010<br>Last Post by: **bonk** |
| | | BD-Magazine Issue 6 (Complete) 3.0 GB (Pages 1 2 )<br>Fixed links by Johnny_5_is_alive June 21 | kimkim | 36 | 710 | June 27, 2010<br>Last Post by: **CROW** |
| | | BD-Magazine Issue 3 complete (1.62 GB)<br>Fixed link for 3rd 2lelya vid june 21 | kimkim | 12 | 620 | June 27, 2010<br>Last Post by: **CROW** |
| | | BD-Magazine Issue 2 complete (1.21 GB)<br>+650 MB in June (Vika, Katerina, Bozena) | kimkim | 14 | 574 | June 27, 2010<br>Last Post by: **CROW** |
| | | BD-Magazine Issue 1 (Complete) 1.12.GB<br>Ulechka+ x 2, Polina, 05Sveta, 2Lelya | kimkim | 12 | 596 | June 27, 2010<br>Last Post by: **CROW** |
| | | LolitasHouse vids | eatit | 9 | 249 | June 27, 2010<br>Last Post by: **eatit** |
| | | SweetMini.wmv<br>Good blowjob vid... | CreamIt | 1 | 117 | June 27, 2010<br>Last Post by: **pervfesser** |
| | | valya<br>Valya-12 .avi/girl.10/dad/familyfun | elmerfudd | 0 | 47 | June 27, 2010<br>Last Post by: **elmerfudd** |
| | | some Veronika for apply | eatit | 4 | 246 | June 27, 2010<br>Last Post by: **jack4u** |
| | | 9yo Video PEDO Younger girl only the best | The.Invader | 2 | 290 | June 26, 2010<br>Last Post by: **B.J.hunnicutt** |
| open-new | | BD-Magazine Issue 4 (2.1 GB so far)<br>+800 MB Lesya x 2 + 367 MB Nadia link | kimkim | 11 | 520 | June 26, 2010<br>Last Post by: **kimkim** |

1 User(s) are browsing this forum (0 Guests and 0 Anonymous Users)

1 Members: Hawkeye

Showing 15 of 6794 topics sorted by last post date in descending order from the beginning Go!

NEW TOPIC

Search this forum: Enter Keywords Go

- PT Vids Go

Mark this forum as read | Subscribe to this forum

**Active User Colors :** | Admin | Mod | Super VIP Member | VIP Members | Member | Validating | Guest |

GMT/UTC: Tue 21:52 Washington, DC: Tue 17:52

Dreamboard (Powered by Iron Eagle Productions) - Mozilla Firefox
File Edit View History Bookmarks Tools Help
http://powerslave.staticcling.org/upload/index.php?act=idx
Dreamboard -> Rules -правила- 規則 -R...
Invision Power Board Administration Cent...
Dreamboard (Powered by Iron Eagle Pro...
Dreamboard -> Rules -правила- 規則 -R...
VIP
Forum Topics Replies Last Post Info
bf-NoNew Homemade Posts Only Exclusive section for Producers ONLY 202 1266 June 28, 2010 12:09 pm In: Jackrabbit By: Hawkeye
bf-NoNew Hawkeye Chest Only the Captain can post here ... 14 54 February 17, 2010 03:35 pm In: boy and girl, 2.18 gigs &am... By: green
bf-NoNew Super VIP posting Only Super VIP's can post and see, in this section 547 4230 June 28, 2010 12:49 pm In: Contribution only for Svip By: Hawkeye
bf-NoNew VIP Videos NO black bush, NO BIG Titties, thankyou 2484 12551 June 28, 2010 01:39 pm In: The Beginning Of The Never ... By: hardon
bf-NoNew VIP pictures VIP's post you pictures here ... 1167 6414 June 28, 2010 12:58 pm In: Bopper & Lulu By: Hawkeye
Posts
Forum Topics Replies Last Post Info
bf-NoNew PT Vids VIDEOs only. No requests/ no girls over 13 8794 31480 June 28, 2010 01:31 pm In: Five pedo stories By: B.J.hunnicutt
bf-NoNew Lolicon Post your GALLERIEs here ... 3299 13121 June 28, 2010 01:35 pm In: Party Van Series By: Janosch
bf-NoNew Boys Post Boy Videos and Picture sets etc.. If you dont like Boys, then dont come in! 1046 3717 June 28, 2010 11:55 am In: Boy BD "pics" By: paper
bf-NoNew Super Hardcore Post very Hard videos/Pics here, like 'Baby Hee' etc.. If you dont like very Hard, then dont come in! 500 2076 June 27, 2010 06:57 pm In: Bad little bitch boy caned By: paper
bf-NoNew Other Boards Links to other boards &iBoard'shere ... 1111 3203 June 28, 2010 01:02 pm In: 3 rentalcgi By: The.Invader
bf-NoNew Sandra and non nude Post your SANDRA & NN STUFF here 2330 8282 June 28, 2010 11:37 am In: Tinymodel Brandi and Cinnam... By: Witchlocked
bf-NoNew 14 and Over - Videos & pictures Post over fourteen videos/pics here 758 1723 June 28, 2010 12:16 pm In: 14/15yo asian creampie By: puffyteens
Pass Words
Forum Topics Replies Last Post Info
-16 Nude Share your nude PASSWORD's -16 here ... 11 6 June 22, 2010 02:09 am In: Protected Forum By: ditto
-16 Non nude 41 11 June 24, 2010 05:58 pm In: Protected Forum
GMT/UTC: Tue 21:52 Washington, DC: Tue 17:52

| Topic Title | Topic Starter | Replies | Views | Last Action |
|---|---|---|---|---|
| inned: Requests and Offers (Pages 1 2 3 ...7 ) equest what you want, or can offer here | Hawkeye | 215 | 5042 | June 28, 2010 Last Post by: hardon |
| inned: No personal trading via pm, invites to torchat o backdoor dealings etc.. | Hawkeye | 0 | 198 | June 19, 2009 Last Post by: Hawkeye |
| inned: Your VIP now, where do you post? o I post just in VIP, or PT vids, or.. | Hawkeye | 0 | 443 | January 17, 2009 Last Post by: Hawkeye |
| inned: Super VIP, Great VIP's become SVIP o NOT ever ask for SVIP though | Hawkeye | 0 | 556 | August 14, 2008 Last Post by: Hawkeye |
| inned: No links by pm, no tricks lembers always post the normal way,thanx | Hawkeye | 0 | 231 | May 15, 2008 Last Post by: Hawkeye |
| he Beginning Of The Never Ending Post Part 5 (Pages 1 2 3 ...21 ) IPDATED:June 27th to 800.rar | Johhny_5_is_@live | 734 | 3425 | June 28, 2010 Last Post by: hardon |
| attleya ap sc | corky | 2 | 37 | June 28, 2010 Last Post by: BossHiaka |
| ait (kbaby) - 4vids 05mb total | Blucher | 3 | 101 | June 28, 2010 Last Post by: IIUBO |
| Old Video.com vids by request eaturing rare Ulia and Ksusha | catman | 4 | 212 | June 28, 2010 Last Post by: corky |
| ourMoments mix of topics | sdanielm | 8 | 301 | June 27, 2010 Last Post by: Uranos |
| girls 2010 Lesbian cking both jess maddy | ruMAN | 3 | 248 | June 27, 2010 Last Post by: Uranos |
| rench Naturism Deluxe ( 541mb) record 3 storyboards! | catman | 2 | 80 | June 27, 2010 Last Post by: hardon |
| OLL HOUSE #14 | titi-min | 3 | 80 | June 27, 2010 Last Post by: Johhny_5_is_@live |
| HCB2-vhs thread - (Pages 1 2 ) | gonzo | 66 | 1208 | June 27, 2010 Last Post by: quarterback |
| 0 yo Jap girls play around C 493 MB | tanara | 3 | 100 | June 27, 2010 Last Post by: quarterback |

1 User(s) are browsing this forum (1 Guests and 0 Anonymous Users)

1 Members: Hawkeye

Showing 15 of 2464 topics sorted by last post date in descending order from the beginning Go!

Pages: (166) [1] 2 3 ... Last »

NEW TOPIC

GMT/UTC: Tue 21:53 Washington, DC: Tue 17:53