



An actual pm sent to another member:

Hi there ****, im a producer, and looking for a new friend to trade with. if you have stuff to trade add me on Torchat, or we can change files through PM here, i prefer Torchat.

*Above is an example of what I DONT want here at Dreamboard.*

*If you send pm's like that to my members, I may delete you instantly, or give you a very severe warning NOT to do that again.*

*If we dont post on the board, dreamboard dies.*

*And I sure as FUCK will not run a glorified pm service.*

*And remember, It FUCKS over most of the members here, which is YOU guys.*

*--------------*

*You FUCK me over like that, and you may get deleted, so take it seriously.*

*And no, I dont monitor your pm's. It would be wrong, and I dont even have the time.*
*And I will not allow, dreamboard to have that feature. (to read your messages)*

*I have these messages forwarded to me by angry dreamboard members, approached to trade privately.*

*And thats actually faster and more accurate then reading pm's myself.*
*As its you guys, keeping dreamboard free of this shit, by telling me yourselves.*

*When you help me, YOU win*

*------------------*
user-posted image
*The most important trip you may take in life is meeting people halfway*

p.s Members cant always fix some problems themselves.
*If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. : )*
*I can resist everything except temptation...*



Dreamboard -> Your VIP now, where do you post? - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://powerslave.staticcling.org/upload/index.php?showtopic=10344

Google

Dreamboard -> Rules -правила- 规则 -R...   Invision Power Board Administration Cent...   Dreamboard -> Your VIP now, where do ...   Dreamboard -> Rules -правила- 规则 -R...

1. All posts MUST have live STORYBOARD Previews. (One pic for each set from commercial sites is fine)
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!

ADD REPLY     NEW TOPIC

▶ **Your VIP now, where do you post?**, Do I post just in VIP, or PT vids, or...

Track this topic | Email this topic | Print this topic

**Hawkeye**

**Posted:** January 17, 2009 06:28 am

Edit    Quote

*Faaaark, another frickin' pinned topic......*

*But you all wanted this so......... If somethings worth doing, itÂ´s worth overdoing...*

*-----------*

*If it be rare, post it in VIP or SVIP, if you have access.*

*If it be not so rare, post your stuff in PT vids etc..*

*--------------*

*You can post anything anywhere you want, depending on your level.*

*when you became VIP or SVIP, you earned the right to choose.*

*I am just giving you a guideline* 😊

*Who needs BLING when you can get BANG? bang.gif*

All the things I really like
are immoral,illegal or
fattening

*------------------*
*User posted image*
*The most important trip you may take in life is meeting people halfway*

*p.s Members cant always fix some problems themselves.*
*If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)*

*I can resist everything except temptation...*

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

IM   -----   PB   E-mail

1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)

1 Members: Hawkeye

« Next Oldest | **VIP Videos** | Next Newest »

ADD REPLY     NEW TOPIC

Moderator Options          Go                                    - VIP Videos          Go

**Active User Colors :**   **Admin**   **Mod**   **Super VIP Member**   **VIP Members**   **Member**   **Validating**   Guest

Iron Eagle

×

GMT/UTC: Tue 21:53   Washington, DC: Tue 17:53



**Dreamboard -> Super VIP, Great VIP's become SVIP - Mozilla Firefox**

File   Edit   View   History   Bookmarks   Tools   Help

http://powerslave.staticcling.org/upload/index.php?showtopic=5293

Dreamboard -> Rules -правила- 規則 -R...  |  Invision Power Board Administration Cent...  |  Dreamboard -> Super VIP, Great VIP's b...  |  Dreamboard -> Rules -правила- 規則 -R...

> **Super VIP, Great VIP's become SVIP, Do NOT ever ask for SVIP though**

Track this topic | Email this topic | Print this topic

**Hawkeye**

**Posted:** August 14, 2008 06:35 pm

Edit   Quote

All the things I really like
are immoral,illegal or
fattening

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

In time, great VIP's become 'Super VIP'.

We have a Super VIP section, for Super VIP posts.

Some people think Super VIP's are not posting much?
Well, you may think that, if you are not Super VIP, and cant see that section.

This thread is locked for replies.

Dont pressure me for the upgrade, just work hard, and it will come to you.
And yes some post alot, and the upgrade takes longer, but I go by, whats new and hasent been posted so much.

If VIP members are posting old, old material, it takes longer.

But, the upgrade usually comes to everyone, who has followed every rule on this board perfectly.

-------------------

Bullying me, makes it take longer even still.

And NEVER ask me for SVIP.

Dont put for 'Super VIP' in thread titles when you post.

DONT put 'forSVIP' in passwords.

If you ask me for SVIP, you may end up never getting SVIP

--------------

Some people display bad attitudes like reposting etc... and SVIP will never come to them.

So be honest and helpful, if you want to progress thumbsup.gif

-------------------
user posted image
The most important trip you may take in life is meeting people halfway

p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)

I can resist everything except temptation...

IP:

PB   E-mail

1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)

GMT/UTC: Tue 21:54   Washington, DC: Tue 17:54



-= Uploaders remain, TALKERS & LURKERS who DON'T upload are deleted. To Get VIP upload 3 gigs =-
-= WinRAR Only! No KGB/ZIP/7z or any other encrypters. RAR is the only effective program =-

AVOID ALL KOREAN REDIRECTS!
USE the secure Redirecta.hut1.ru & Redirectb.h16.ru
jbbs.livedost.jp/sports/12449/ if lost
Dreamboard address is near the top

PINNED
TOPICS

BANNED HOSTS - DO NOT USE
Load.to--Usershare.net--10pix.ru--Radikal.ru
iPicture.ru-Imagevenue.com-Imagehost.org-yukle.tc
Imghost.sk---xs.to---Imageshack---Archiv.to
Click here to see more banned hosts

1. All posts MUST have live STORYBOARD Previews. (One pic for each set from commercial sites is fine)
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!

› No links by pm, no tricks, Members always post the normal way,thanx

**Hawkeye**

**Posted:** May 15, 2008 12:32 am

Members who post with instructions 'pm me for password', will be reduced to regular member, or even deleted.

And post by the rules.

dont make people jump through 20 hoops to get a post.
You may think its funny, to make a person follow 50 instructions to decrypt a post, but you wont smile so hard, if I delete, or reduce you 😡

-------------------
user posted image
The most important trip you may take in life is meeting people halfway

p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. : )

I can resist everything except temptation...

All the things I really like
are immoral,illegal or
fattening

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)

1 Members: Hawkeye

« Next Oldest | **VIP Videos** | Next Newest »

**Active User Colors :** | Admin | Mod | Super VIP Member | VIP Members | Member | Validating | Guest |

Iron Eagle





Hawkeye

**Posted:** August 13, 2008 10:38 am

If you want to post something, and decrease the chance of it getting reposted, then post it, in this section.

Only Super VIP's can post and see this section.

For a regular VIP, and for a regular member, this section does not even show up.
Not even the heading!

-----------

Reposters are stinking pieces of vile shit, that should be flushed down the toilet.
They risk our safety, and have no respect for our hard work.

--------------

If you indentify a reposter, pm me straight away.
And that reposter, will be one dead motherfucker 

------------------

Aaaaaaaaaaaaaand........

You just got promoted and you dont want to post, because you discover you dont have anything new or whatever, so you start laying down the bullshit like...

A series of family members dying (and I am talking more than 1, or 2, or 3...), followed by car accidents etc.. right after a promotion, so with all the 'new' disasters, you suddenly cant post, and go for the guilt trip angle, so I dont reduce you.......

Believe me, if it smells like the worlds biggest line of extreme bullshit, i will reduce you as soon as I read your pm/thread.

I am not referring to the people who have had genuine real life problems, Im talking about the ones, who are faking it.
I can tell the difference, and I wont always say at first, if I think your lying, but it WILL affect your career.
If the lying is super easy to see through, it will be INSTANT reduction.

If your 'really' selling it, then I may have a slightly more long term approach to knocking you down.

In the long run, its far better, if you are always truthfull with me.
Lying could possibly extend an SVIP status in the short term , but it totally fucks your future with me.

And I write this now, not because someone has just bull shitted me, but because everytime I feel like writing this, I end up not writing this, THEN some SVIP lies his fucking ass off to me....

And now all of you can read, and know, you are not fooling me.
I may humor liars for a bit, but I am not buying it, so be aware



**Dreamboard -> For Producers - Mozilla Firefox**

File   Edit   View   History   Bookmarks   Tools   Help

http://powerslave.staticcling.org/upload/index.php?showtopic=19747

Dreamboard -> Rules -правила- 規則 -R...   |   Invision Power Board Administration Cent...   |   Dreamboard -> For Producers   |   Dreamboard -> Rules -правила- 規則 -R...

▸ For Producers, Who want a 'different' kind of access

**Hawkeye**

Posted: August 19, 2009 02:03 am

All the things I really like are immoral, illegal or fattening.

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

For SVIPS that have homemade, I can do more for your access to that kind of material on dreamboard

If you have videos you made yourself, or pic sets, send me a preview via pm

Just previews at first, So If I say 'no' you wont get upset.

.............

Fully clothed 5yo girl playing in the park IS NOT going to cut it.

Naked 5yo getting touched, and or sex etc.. WILL cut it

DO NOT waste my time with non nude bullshit or grannies.

Girls with breasts and black bush hair ARE to old.
Keep the children 11 or younger.

Some of you have no concept of the fact, WE ARE ON A CHILD PORN board!

..................

If I give you the go ahead, then upload the material.

Standard rules ALWAYS apply in any situation at dreamboard.
You must give a preview, and your nick and dreamboard MUST be in pass.

The pass rule is more vital than ever in this.
As I need to know its YOUR work.
-------------

Yes, this post is a little 'vague' but its to protect producers.
The more info given, the more risk there is.

---------

Its come to the point, where i have to say something about this 'access' as rumors and missinformation are getting out of hand.

For example, the idea, of some getting a free ride at dreamboard, as most of you cannot see that persons work, and in ignorance, people have assumed that person is not posting.

------------

Even If, you post 50 terabytes of hard core, that is NOT your own work, then this thread has NOTHING to do with you.

This thread is for producers.

GMT/UTC: Tue 21:55   🇺🇸 Washington, DC: Tue 17:55



...................

If I give you the go ahead, then upload the material.

Standard rules ALWAYS apply in any situation at dreamboard.
You must give a preview, and your nick and dreamboard MUST be in pass.

The pass rule is more vital than ever in this.
As I need to know its YOUR work.
-------------

Yes, this post is a little 'vague' but its to protect producers.
The more info given, the more risk there is.

---------

Its come to the point, where i have to say something about this 'access' as rumors and missinformation are getting out of hand.

For example, the idea, of some getting a free ride at dreamboard, as most of you cannot see that persons work, and in ignorance, people have assumed that person is not posting.

-----------

Even If, you post 50 terabytes of hard core, that is NOT your own work, then this thread has NOTHING to do with you.

This thread is for producers.

If your NOT a producer, you have no right whatsoever to be upset or dissapointed to not know about, a different kind of access here.

And if you cannot accept this, you are NOT dreamboard material.

Every member who is smart should know his place.

What you post, determines what your entitled to see in return.

To expect to see better than what you post, is unrealistic.

--------------

If you are NOT a producer, and you bother me about this subject you will be given 'yellow card status' immediately, just for asking.

I am that busy, i dont have time to have useless pm's sent to me.

btw, a yellow card, heavily restricts your access to dreamboard etc.. and may end up in your deletion.

Dont ignore this. A non producer may really fuck himself up, at dreamboard just for asking. You do not have any right at all to ask, if your not a producer. and I will get very angry.

But, if you are thinking of producing and want advice, throw some questions into a thread in SVIP.



--------------

If you are NOT a producer, and you bother me about this subject you will be given 'yellow card status' immediately, just for asking.

I am that busy, i dont have time to have useless pm's sent to me.

btw, a yellow card, heavily restricts your access to dreamboard etc.. and may end up in your deletion.

Dont ignore this. A non producer may really fuck himself up, at dreamboard just for asking. You do not have any right at all to ask, if your not a producer. and I will get very angry.

But, if you are thinking of producing and want advice, throw some questions into a thread in SVIP.

Like, 'How do I hide my face etc...' .. '''How do I edit'...

Dont ask me.
There are others who have much better answers on this

Topic was posted 'closed'

Producers pm Hawkeye

And never forget: no one is forcing you to be a dreamboard member.
If you cannot accept the terms and conditions of dreamboard, then I encourage you to leave this board.

I would prefer a member to leave, then get bitter and angry.
If you hate anything about myself or this board, then why are you here?

I add this, because of the fact, that some people cannot get the access they want, and go ballistic.

its not up to you, what your status is.

Its 100 percent up to myself.
And I will give you the exact access your entitled to.

The rules are Fair, and subject to change and my interpretation at any given point in time, to best suit members.

I now see why, companies have clauses that go for 32 pages.
As people will try to find any loophole possible to get more than they deserve.

Well you wont get more than you deserve here.
You will get the 'right' amount back, that you put in

------------------
user posted image
The most important trip you may take in life is meeting people halfway

p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. : )

I think we're about the same age. Of course I AM tied down in my own ways.

I'm glad to know that you are moving forward in your life, and at the same time you will be back occasionally.

I once tried to quit, cold turkey, a few years ago, as I thought I had enough material amassed to last a life time. I do, but there is always the thrill of the hunt thumbsup.gif ...and I learned about open wifi, so suddenly I saw no reason to stay away any longer.

If you're moving to another country, might I suggest a shade of gray or blue laugh.gif



May the force be with you, always...

cheers.gif



**Dreamboard -> SVIP is great, but does not make you God - Mozilla Firefox**

File   Edit   View   History   Bookmarks   Tools   Help

http://powerslave.staticcling.org/upload/index.php?showtopic=11587

Google

Dreamboard -> Rules -правила- 规则 -R... | Invision Power Board Administration Cent... | Dreamboard -> SVIP is great, but does n... | Dreamboard -> Rules -правила- 规则 -R... | +

Attach New Poll | Track this topic | Email this topic | Print this topic

**Hawkeye**

Posted: February 17, 2009 11:16 am                                    Edit    Quote

All the things I really like are immoral,illegal or fattening

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

Once in a blue moon, some guy becomes SVIP and goes absolutely insane.

Yes, its a huge promotion, but does not mean you can say and do anything you want.

Like Dinorah, who started calling people dickheads, and idiot, and was totally out of control.

And SVIP does not mean, you automatically know more than everyone else on the face of the planet.

--------

Even I, have had a few people, have a go at me, when they got promoted to SVIP.
Dreamboard does not have some bizzarre 'Alpha Male' challenge, for leadership.
Like you beat me, and become head admin, or some crazy bullshit like that.
You take me on, and you will walk away limping.

And you fuck off my good friends, I will delete you.

Yes, your SVIP, if its new to you, then first thing you do is chill out, and take some deep breaths, and maybe some prozac etc.. if your the kind of person, who gets excited easily.

--------

Have fun, but think about what your doing.
Treat others how YOU want to be treated 😊❗

-------------------
user posted image
The most important trip you may take in life is meeting people halfway

p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)

I can resist everything except temptation...

[ID: ...........]     PB    E-mail

**Hasness2009**

Posted: February 17, 2009 01:02 pm                          Verwijderen   Edit   Quote

009

I agree nobody has the right to treat anyone badly or make bad comments

Spanish.:

Estoy de acuerdo con lo que dice Hawkeye no hay porque estar
insultando a ningun miembro del foro creo que ser parte del svip
es para gozar y no para creer que uno es mas que otro thumbsup.gif todos
somos iguales en este tema thumbsup.gif

-------------------

GMT/UTC: Tue 21:56      Washington, DC: Tue 17:56





Dreamboard -> You MUST post once in awhile to keep access - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://powerslave.staticcling.org/upload/index.php?showtopic=12813

Google

Dreamboard -> Rules -правила- 網則 -R...   |   Invision Power Board Administration Cent...   |   Dreamboard -> You MUST post once in a...   |   Dreamboard -> Rules -правила- 網則 -R...   |   +

Dreamboard address is near the top

Click here to see more banned hosts

1. All posts MUST have live STORYBOARD Previews. (One pic for each set from commercial sites is fine)
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!

ADD REPLY   NEW TOPIC

› You MUST post once in awhile to keep access, And no commercial stuff. No LS, no BD...

Track this topic | Email this topic | Print this topic

**Hawkeye**      **Posted:** March 20, 2009 08:32 am      Edit   Quote

All the things I really like
are immoral,illegal or
fattening

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

As this section is sensitive material, you must post every now and then to keep access to here.

After a period of non posting, your status will drop.

---------

And no commercial vids and pics.

Absolutely NO, sandra, LS, BD, Vlad, YVM, or all the hard core vids, that have been posted a million times.

BUT, if you have hardcore LS, or some private YVM video, etc.. thats NEVER been posted and is very rare, and you dont want it reposted everywhere, then YES post it here.

But dont start calling every average video 'super rare' when its not.

Post the 'usual' stuff in other sections.

O.k now have a great time 😊❗

------------------
Like posted image

The most important trip you may take in life is meeting people halfway

p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)

I can resist everything except temptation...

IP | PB | E-mail

1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)

1 Members: Hawkeye

« Next Oldest | **Homemade Posts Only** | Next Newest »

ADD REPLY   NEW TOPIC

Welcome: Online   Go      · Homemade Posts Only   Go

Active User Colors :  | Admin | Mod | Super VIP Member | VIP Members | Member | Validating | Guest |

Iron Eagle

✕      GMT/UTC: Tue 21:57   Washington, DC: Tue 17:57



› This area ONLY for people who make ontopic, No reposters,cause your all producers

**Hawkeye**

**Posted:** March 20, 2009 07:46 am

All the things I really like are immoral,illegal or fattening

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2009

If your reading this your SVIP ' . '

Your almost the same color as SVIP, and your title is almost the same.But only SVIP. can see this area. Normal SVIP's cannot see this area.

I made you look almost the same as SVIP's to reduce you being hassled over your superior rank, people who know, get very jealous

----------------

And betrayal?

How to solve the betrayal problem?

Obviously 'please dont repost, please dont share my material' DOES NOT WORK.

Because most members are MOTHERFUCKING ASSHOLE SCUM.

---------

ONLY people who make their OWN work can see this section.

So as you guys make it yourselves, you WONT be fucking each other over, because you ALL want to protect yourselves.

YOU ALL KNOW what happens, if your private material is shared.
So in this section, you are not so quick to share private material of your friends, if they say dont share it.

--------

Dreamboard does NOT store any database logs of your activities.

Dreamboard does NOT store your IP.

ALL members of this section make their own material.

There is no safer board than dreamboard, and this section is as Private as you can get.

So feel at ease here in this private area.

There are no Old shit upload whores in this section.

Just the good stuff here

------------------
user posted image
The most important trip you may take in life is meeting people halfway



I made you look almost the same as SVIP's to reduce you being hassled over your superior rank, people who know, get very jealous

----------------

And betrayal?

How to solve the betrayal problem?

Obviously 'please dont repost, please dont share my material' DOES NOT WORK.

Because most members are MOTHERFUCKING ASSHOLE SCUM.

---------

ONLY people who make their OWN work can see this section.

So as you guys make it yourselves, you WONT be fucking each other over, because you ALL want to protect yourselves.

YOU ALL KNOW what happens, if your private material is shared.
So in this section, you are not so quick to share private material of your friends, if they say dont share it.

---------

Dreamboard does NOT store any database logs of your activities.

Dreamboard does NOT store your IP.

ALL members of this section make their own material.

There is no safer board than dreamboard, and this section is as Private as you can get.

So feel at ease here in this private area.

There are no Old shit upload whores in this section.

Just the good stuff here

----------------
user posted image
The most important trip you may take in life is meeting people halfway

p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. : )

I can resist everything except temptation...

1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)

1 Members: Hawkeye











| | |
|---|---|
| **Predator** | **Posted:** March 17, 2010 12:04 pm |
| Unregistered | hello guys neener.gif<br><br>I would be eternally grateful to each and everyone of you if you<br>could spare some time to answer the following two questions :<br><br><u>What do you all do for a living? Why are you here at Dreamboard?</u><br><br>I wish I could brag that I'm some bigshot tycoon who drives around in<br>a red Ferrari but if I did that, I would be called a fucking liar by hardon. laugh.gif<br>The sad truth is that I am just a miserable and underpaid user posted image who works 12 hours<br>a day at an unpopular restaurant in some seedy part of the town where I<br>live. I have been a Chef for far too many years now but I just love to cook,<br>And I am pretty good at it too thumbsup.gif user posted image<br><br>I signed up to be a member of Dreamboard because I feel at home here.<br>I am a Paedophile and I have been sexually attracted to children rather<br>than adults for 30 years now. wub.gif My life is pretty lonely because I have<br>no friends who are like me where I live. That's why I am happiest when I am<br>logged in to Dreamboard and be with people who are just like me.<br>thankyou.gif for the company, my fellow friends cheers.gif<br>Keep safe and may God bless you. |
| IP: ( 115.134.156.78 ) | |



Dreamboard -> CURRENT HM members - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://powerslave.staticcling.org/upload/index.php?showtopic=24502

Google

Dreamboard -> Rules -правила- 規則 -R...   |   Invision Power Board Administration Cent...   |   Dreamboard -> CURRENT HM members   |   Dreamboard -> Rules -правила- 規則 -R...

ADD REPLY     NEW TOPIC

› CURRENT HM members, And a few words

**Hawkeye**

**Posted:** January 09, 2010 03:53 am                                                Edit    Quote

All the things I really like
are immoral,illegal or
fattening.

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

catfish, Cixx, Demian, giggog, gonzo, green, Hasness2009, Lien, Mabuhay, rikki, waka, and Ibro and Dasha4ever, of course can view this section

I write this hm member list, for anyone who wishes to examine it, and identify anyone who could be a risk in regard to leaking material.

Also:

Ibro and myself are currently pushing for all members to change their passwords to more complex ones, as even hm members had some very weak passes.

First of all, lets have all hm members confirm they have changed their passes in last 2 weeks IN THIS THREAD.
If you have already written you have done that, then write it again, its not going to hurt if you write it again that you changed your pass in last 2 weeks.

And remember, we are going to check ALL dreamboard members have updated their passes, and those who dont will become validating.

I would like to know none of you are not going to end up validating!

----------------

In regard to the green incident, i believe someone obtained his pass, through a dictionary attack or similar (or when the false frontpage was made, the guy obtained pass), and the guy pretended to have full access to all of dreamboard, when in fact he only had greens account.
Alot has happened lately, so there are some possibilities.
No one can rule it out, that his account was temporarily compromised

Its a guess, but I base that on some things.
Like the chap only every approached green, and I havent heard of this chap ever presenting evidence to anyone else.

Evidence that this chap could see everything on dreamboard etc..
Not so hard to convince green if he could read greens pm's etc..

------------

Also there is the possibilty that a hm member really hates Dasha4ever.
This is in regard to the 2 pics that were leaked, with 'sample from Dasha' written on them.
If anyone can clearly indentify a hm member who really hates dasha4ever, I need to know as soon as possible.

------------

GMT/UTC: Tue 22:01      Washington, DC: Tue 18:01

------------

Also there is the possibilty that a hm member really hates Dasha4ever.
This is in regard to the 2 pics that were leaked, with 'sample from Dasha' written on them.
If anyone can clearly indentify a hm member who really hates dasha4ever, I need to know as soon as possible.

------------

And as you all know, dreamboard has NEW redirects, that cannot be altered as easily as the Korean redirects, so that problem is in the past.

And Ibro went over dreamboard Script many times lately, and our script seems to be super secure.

So, I am looking more closely at this being a member problem.

It could be as simple as an account that was compromised, so this is why I need to see all of you confirm you have changed your password in last 2 weeks.

----------------

The problem of leaks, has caused HUGE tension, and its been very hard for me to keep everything sailing smoothly.
I am not perfect, and its not easy to handle these problems, when some enemies are so vicious.

I have tried very hard to smooth things over with my enemies of the past, and I think all people here should try that as well.

if you hate someone and you share to 'get' that person, than everyone loses.
Like if someone here shared to try incriminate dasha for example.

Anytime private material is shared, it makes hm members reluctant to post, then everyone loses.

somewhere along the line, someone is NOT understanding this very simple fact.

I am not going to keep running this section year after year, with 'leaks' o.k?

If leaks continue, drastic changes will occur.

i think I have started us, on a more secure path, and of course, any 'good' ideas, will be listened to.

i think time to let the new more complex pass system prove its effectiveness is needed.

And examination of hm members.

And forgiveness for anyone who hates anyone else here.

------------

And alot of us, have been very emotional over this.

Now we need to be calm, and rational, and stick together







Dreamboard -> Varous Webcams - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://powerslave.staticcling.org/upload/index.php?showtopic=31585&hl=

Google

Dreamboard -> Rules -npa...   Invision Power Board Admi...   Search Results   Invision Power Board Admi...   Search Results   Dreamboard -> Varous We...   Dreamboard -> Falko vids ...   Dreamboard -> Rules -npa...

**mokoloko69**      Posted: June 22, 2010 08:12 pm                                    Verwijderen   Edit   Quote

Member

Group: Member
Posts: 27
Member No.: 37975
Joined: March 21, 2010

thaks ! for sharing ! nice avatar pic!

Posted: June 22, 2010 10:15 pm                                    Verwijderen   Edit   Quote

Unregistered

thanks.

what about fullsize previews almeda?

**Hawkeye**      Posted: June 23, 2010 01:15 am                                    Verwijderen   Edit   Quote

No clickable thumbs -- Post previews FULL size

*From the TOP of the board.*

*Maybe I will buy some of you READING glasses, he, he* 😊!

--------------------
*The most important trip you may take in life is meeting people halfway*

*p.s Members cant always fix some problems themselves.*
*If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc... :)*

*I can resist everything except temptation...*

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

GMT/UTC: Tue 22:06        Washington, DC: Tue 18:06





**Dreamboard -> Your a newbie here? B4 U bitch about - Mozilla Firefox**

File   Edit   View   History   Bookmarks   Tools   Help

http://powerslave.staticcling.org/upload/index.php?showtopic=10346

Google

Dreamboard -> Your a newbie here? B4 U bi...

› **Your a newbie here? B4 U bitch about, Dreamboards safety.....**

Track this topic | Email this topic | Print this topic

**Hawkeye**

**Posted:** January 17, 2009 11:15 am

Quote

All the things I really like are immoral,illegal or fattening

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

Once in a blue moon, we get some guy whos been a member here for 10 seconds, coming across like the be all, and end all EXPERT on dreamboard.

So what do these know nothings do? They write some HUGE thread on how unsafe dreamboard is.

Who knows dreamboard? The only guys who really know Dreamboard are myself and ibro.

I built the fucker, and ibro tightened it up alot.

Everyone else, knows Jack Shit, so dont any one dare, tell me about my godamn board.

---------

This board nullifies ALL IP's to 0.0.0.0

so when you post, NOT even your proxie is recorded, your IP address is 0.0.0.0

I dont know of any other board that does this.

---------

We move the address often , which is why we have the redirects
holyword.org/wwwboard/data/board7/db.html

credo.or.kr/wwwb/data/db/db.html

So some butthole, reports dreamboard, well big fuckin deal, by the time, the authoritees look, we have shifted.

-----------

Dreamboard is hotlink safe.
I have never heard of that, on ANY board.

In fact, there are many things I and ibro have implemented, that i have NEVER seen done on ANY board before.

----------

You repost, I will cane your ass.

How many admins, actually care about reposting? Fuck all, care about it, thats how many.

--------