

Dreamboard -> Your a newbie here? B4 U bitch about - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://powerslave.staticcling.org/upload/index.php?showtopic=10346

Google

Dreamboard -> Your a newbie here? B4 U bi...

all the chips, I realize it
are immoral,illegal or
fattening

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

Everyone else, knows jack Shit, so dont any one dare, tell me about my godamn board.

---------

This board nullifies ALL IP's to 0.0.0.0

so when you post, NOT even your proxie is recorded, your IP address is 0.0.0.0

I dont know of any other board that does this.

---------

We move the address often , which is why we have the redirects
holyword.org/wwwboard/data/board7/db.html

credo.or.kr/wwwb/data/db/db.html

So some butthole, reports dreamboard, well big fuckin deal, by the time, the authoritees look, we have shifted.

----------

Dreamboard is hotlink safe.
I have never heard of that, on ANY board.

In fact, there are many things I and ibro have implemented, that i have NEVER seen done on ANY board before.

----------

You repost, I will cane your ass.

How many admins, actually care about reposting? Fuck all, care about it, thats how many.

--------

Your a new guy here, and you want to start your time, by bitching and moaning about dreamboards safety?!? Fuck that, i am not a
Godamn Idiot, and I dont need you telling me crap about this board thats NOT accurate.

If you find a genuine problem with dreamboard, then PM me, dont write the potential problem out in the open for EVERYONE to read!
Whats the fucktarded thinking behind letting the whole world know? If it is a real danger, the fewer who know, the better, and only I
need to know the problem, not the 600 members here!

and if you see dangerous links, then pm me, and I will get rid of those links.

I have more respect for the fellow with a single 'good' idea, then the fellow with a thousand 'bad' ideas.

-------------------
user posted image
The most important trip you may take in life is meeting people halfway

n.s Members cant always fix some problems themselves

GMT/UTC: Tue 22:19   Washington, DC: Tue 18:19



credo.or.kr/wwwb/data/db/db.html

So some butthole, reports dreamboard, well big fuckin deal, by the time, the authoritees look, we have shifted.

-----------

Dreamboard is hotlink safe.
I have never heard of that, on ANY board.

In fact, there are many things I and ibro have implemented, that i have NEVER seen done on ANY board before.

----------

You repost, I will cane your ass.

How many admins, actually care about reposting? Fuck all, care about it, thats how many.

--------

Your a new guy here, and you want to start your time, by bitching and moaning about dreamboards safety?!? Fuck that, i am not a Godamm Idiot, and I dont need you telling me crap about this board thats NOT accurate.

If you find a genuine problem with dreamboard, then PM me, dont write the potential problem out in the open for EVERYONE to read! Whats the fucktarded thinking behind letting the whole world know? If it is a real danger, the fewer who know, the better, and only I need to know the problem, not the 600 members here!

and if you see dangerous links, then pm me, and I will get rid of those links.

I have more respect for the fellow with a single 'good' idea, then the fellow with a thousand 'bad' ideas.

-------------------
user posted image
The most important trip you may take in life is meeting people halfway

p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc... :)

I can resist everything except temptation...

1 User(s) are reading this topic (0 Guests and 0 Anonymous Users)

1 Members: almeda

« Next Oldest | **Chat** | Next Newest »



**Dreamboard -> What movie or show are you watching right now? - Mozilla Firefox**

File   Edit   View   History   Bookmarks   Tools   Help

http://powerslave.staticcling.org/upload/index.php?showtopic=31747

Dreamboard -> What movie or show are yo...

‣ What movie or show are you watching right now?, Besides Dreamboard vids.....

**B.J.hunnicutt**

Posted: June 27, 2010 03:57 am

Advanced Member

At the moment right now i am watching dateline msnbc to catch a predator hosted by chris hansen THIS JAGOFF user posted image,these guys are so stupid to me,all of us here i know are smarter than this,theses guys chat online with younger girls and boys,but its not a real preteen its a group of people called perverted justice in which theses guys agree to meet who they are chatting with for sex and drive to a house loaded with cams from dateline and end up being on national tv as pedophiles and go to jail for there chats and for showing up at the house,cause that shows intent for there actions of following through with having sex with a minor.....wow its crazy to me how far people will go for there dream of this nature and end up a fool and get busted 😠 Heres a link to what im talking about,you cant watch episodes,or just go on youtube and type in to catch a predator.

http://www.msnbc.msn.com/id/10912603

B.J.

This post has been edited by **B.J.hunnicutt** on June 27, 2010 04:03 am

**Johnny_5_is_@live**

Posted: June 27, 2010 05:09 am

im currently watching last 12 episodes of 1980s nightcourt season 9 and debating on 1980s chips and newer show fringe season 1 episode 1 seems to be having me hooked i guess next ill try chip s-1 e-1 see which one get my attention this month last movie watched was avator one tight ass flick i give it two-four y/o peckers up

------------------
####
( )`.
( )   {Johnny_5_is_@live_@_dr3amboard}.·.¸.·¨.·.¸.
####

total uploads to date:165+ gigs
total downloads to date:1750 + gigs

*pass for part 5 of nev end post*

*Thanks to Green for this more compact list*

**50 MB**
:up: http://www.fizierelemele.ro/
simple, secure and fast.

**100 MB**
:up: http://dunpan.com/
simple, secure and fast.

**200 MB**
http://azzsharing.com/
secure. a counter makes you wait for 30 seconds.

:up: http://www.filehost.co.za/
simple, fast and secure. hotshare alternative.

**700 MB**
:up: http://www.qdrive.us/
all good.

**1000 MB and more**
:up: http://lizshare.net/
secure and fast.

http://www.boosterking.com/
secure and fast. adds _-_BoosterKing_-_ to the filename. may be ok with single files.

Group: Super VIP
Posts: 5786
Member No.: 15374
Joined: October 04, 2008

GMT/UTC: Tue 22:20   Washington, DC: Tue 18:20

**Predator**

**Posted:** March 19, 2010 02:32 am

Unregistered

> **QUOTE** (Johhny_5_is_@live @ March 18, 2010 08:51 am)
>
> be sure to bring your kidd!3s we have extremly low rates

I don't have any kids, wish I had but then I am not married.
I wasn't kidding when I said that I'm not sexually attracted to
adults. If I ever tie the nuptial knot, it would be to a lolita below
the age of 13 thumbsup.gif cheers.gif

thanks.gif to everyone of you who has made an appearance on
this thread and made some comments. I appreciate it. thumbsup.gif
I hope you will get to live your wildest fantasies someday and turn
all your lolita dreams into reality. wub.gif



Dreamboard -> What movie or show are you watching right now? - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://powerslave.staticcling.org/upload/index.php?showtopic=31747

Google

Dreamboard -> What movie or show are yo...

secure and fast, adds _-_BoosterKing_-_ to the filename. may be ok with single files.

**Hawkeye**

All the things I really like are immoral, illegal or fattening

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

**Posted:** June 27, 2010 02:51 pm

Chips is fucking awsome, just finished season 2, heading for season 3.

Starsky and Hutch, not the stupid remake comedy, but the actual show with the striped 'red tomato' lol, is super cool as well.

Im a little worried half my favs are cop shows.
To be honest I feel a little nervous when I see the bad guys getting caught sometimes.
Maybe its because I run dreamboard, that cop shows get my adrenlin pumping, he,he.

Also the Six Million Dollar Man and ORIGINAL Bionic woman are frickin amazing.
Compared to the original, the new bionic woman is absolute trash.

Aaaaaaaaaaand who can look past Dexter

-------------

Great thread from good ol' bud B.J

Im interested to know what the good new release movies are.
As I have no idea right now, as I havent checked in a long while.

-------------

And to catch a predator.. not exactly a prestigious hosting job for Chris.
Its not exactly Wheel of Fortune.

The shows an eyesore, whether your a ped or an anti

American TV at its absolute lowest.
Entertaining of course, but its one of the constant embrassments in my country, one of the millions of cringe worthy things right now.

American TV has sunk to new depths, I would like to see it return to the glory days, when alot more was quality and watchable.

Like the Fugitive, Dragnet, I Love Lucy, Seinfield etc...

dont get me wrong, there are some killer new/recent shows (the new battlestar galactica was one of the best shows ever), but alot of trash is taking up the screen these days.
Crap so bad, I cant believe they left the cameras rolling

-------------
user posted image
The most important trip you may take in life is meeting people halfway

p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. : )

I can resist everything except temptation...

GMT/UTC: Tue 22:20      Washington, DC: Tue 18:20



Dreamboard -> What movie or show are you watching right now? - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://powerslave.staticcling.org/upload/index.php?showtopic=31747

Google

Dreamboard -> What movie or show are yo...

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

*Great thread from good ol' bud B.J* 🙂

*Im interested to know what the good new release movies are.*
*As I have no idea right now, as I havent checked in a long while.*

*--------------*

*And to catch a predator.. not exactly a prestigious hosting job for Chris.*
*Its not exactly Wheel of Fortune.*

*The shows an eyesore, whether your a ped or an anti*

*American TV at its absolute lowest.*
*Entertaining of course, but its one of the constant embrassments in my country, one of the millions of cringe worthy things right now.*

*American TV has sunk to new depths, I would like to see it return to the glory days, when alot more was quality and watchable.*

*Like the Fugitive, Dragnet, I Love Lucy, Seinfield etc...*

*dont get me wrong, there are some killer new/recent shows (the new battlestar galactica was one of the best shows ever), but alot of trash is taking up the screen these days.*
*Crap so bad, I cant believe they left the cameras rolling*

*----------------*
*user posted image*
*The most important trip you may take in life is meeting people halfway*

*p.s Members cant always fix some problems themselves.*
*If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. : )*

*I can resist everything except temptation...*

PB   E-mail

**hardon**                           **Posted:** June 27, 2010 04:30 pm                                    Quote

Advanced Member

Group: Super VIP
Posts: 7378
Member No.: 24659
Joined: February 07, 2009

QUOTE (Hawkeye @ June 27, 2010 04:51 pm)
Im interested to know what the good new release movies are.

Well, since you asked, here are some of the recent ones I enjoyed... where recent in this context pertains to the release on BluRay disc.

Invictus
http://www.imdb.com/title/tt1057500/

Edge of Darkness
http://www.imdb.com/title/tt1226273/

One Week
http://www.imdb.com/title/tt1104806/

Up in the Air

GMT/UTC: Tue 22:20      Washington, DC: Tue 18:20



**hardon**

Posted: June 27, 2010 04:30 pm

> QUOTE (Hawkeye @ June 27, 2010 04:51 pm)
> Im interested to know what the good new release movies are.

Well, since you asked, here are some of the recent ones I enjoyed... where recent in this context pertains to the release on BluRay disc.

Invictus
http://www.imdb.com/title/tt1057500/

Edge of Darkness
http://www.imdb.com/title/tt1226273/

One Week
http://www.imdb.com/title/tt1104806/

Up in the Air
http://www.imdb.com/title/tt1193138/

The Men who stare at Goats
http://www.imdb.com/title/tt1234548/

Ink
http://www.imdb.com/title/tt1071804/

Angel-A
http://www.imdb.com/title/tt0473753/

Not everyone's piece of cake I'm sure, but you weren't really expecting me to recommend "Transformers II", were you? 😊

--------------------
All new members **MUST** read this: **HOW-2-DREAMBOARD**

user posted image

**Hawkeye**

Posted: June 27, 2010 04:46 pm

*Luc Besson... you see when you give up movies for a while you tend to forget the great directors sometimes.*

*Hell Id watch Transformers 2 if it looked good, buuuuuuut, by the same token, maybe its because I watched too many of those 'throw away' movies, that I stopped watching films* 😊

*I loved to watch anime for example, but after Fall Mental Braindamage (Metal panic)
i havent be able to watch anime since, he,he*



Dreamboard -> What movie or show are you watching right now? - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://powerslave.staticcling.org/upload/index.php?showtopic=31747

Google

Dreamboard -> What movie or show are yo...

-------------------
All new members **MUST** read this: **HOW-2-DREAMBOARD**

User posted image

---

**Hawkeye**                    **Posted:** June 27, 2010 04:46 pm                    Quote

*Luc Besson... you see when you give up movies for a while you tend to forget the great directors sometimes.*

*Hell Id watch Transformers 2 if it looked good, buuuuuuut, by the same token, maybe its because I watched too many of those 'throw away' movies, that I stopped watching films*

*I loved to watch anime for example, but after Fall Mental Braindamage (Metal panic)*
*i havent be able to watch anime since, he,he*
*It was really that bad.*

*Interesting list by hardon.*
*Thats why i love personal recomendations by REAL people.*
*Reviewers etc.. are motivated by greed and idiotic mass acceptance of whats is generally accepted as a good movie, rather that what REALLY is a good movie.*

*I will check this list, and start with Angel-A, Edge of darkness, and men who stare at goats*

All the things I really like
are immoral,illegal or
fattening

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

-------------------
User posted image
*The most important trip you may take in life is meeting people halfway*

*p.s Members cant always fix some problems themselves.*
*If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)*

*I can resist everything except temptation...*

---

**hardon**                    **Posted:** June 27, 2010 07:11 pm                    Quote

QUOTE (Hawkeye @ June 27, 2010 06:46 pm)
I loved to watch anime for example

Group: Super VIP
Posts: 7378
Member No.: 24659
Joined: February 07, 2009

Yeah I do Anime, too, but only the cream of the crop.
Like Ghost in the Shell I & II (especially II), Appleseed I & II, Jin-Roh - The Wolf Brigade, Vexille, Sky Blue, etc.

If you're looking for a way back into the genre and want to see just how far Anime has come, may I suggest you give "Terra" a go.
http://www.imdb.com/title/tt0858486/
Although it's not strictly Anime, as it's not "made in Japan".
It's a bit like Avatar for people with imagination

When you watch "Men who stare at Goats" consider that no matter how idiotic, bizarre and involuntarily hilarious any situation or dialogue may appear, they're in fact 99.9% factual! Some real-life dialogue has made it on to the screen word-for-word as it was spoken, as you will learn when you listen to the writer's commentary.
I think this knowledge would have helped more people to appreciate the movie for what it is - a mirror of the grotesqueness of the "spy business", e. g. military intelligence (now there is an oxymoron if

GMT/UTC: Tue 22:22    Washington, DC: Tue 18:22



**Hawkeye**

**Posted:** June 28, 2010 03:01 pm

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

*Just polished off season 2 of Welcome back Kotter.*
*I tell you that show makes me enjoy life alot more, it really is very uplifting.*

*And as far as Chippies goes, I have to bounce around the net to find episodes.*
*As soon as you find a good site, some power dick turns up and starts reporting everything, then all links start dying.*

*The best site, is the site you find on the day, and then you download like a mother fucker, and dont stop until you get it all.*

*----------*

*Yup Ghost in the shell 2 had scenes that gave me goosebumps, as some of the music fitted so perfectly with some powerful imagery.*

*Of course the first one, raised some rather interesting questions about the potential reality of artificial life.*
*I liked the scene, I think the heroine was on a boat or something and she looked through the window of some building they were sailing past, and she saw a person that looked 'exactly' like her. Which would have to be a little demoralizing, as you wouldnt feel unique, when there are others that look identical to you.*
*And the whole thing, where people were gaining more and more machine parts, to increase their abilities.*

*Like are you still a human, when 17 percent (random figure) of you is machine?*
*And what exactly is a soul, and can machines have a soul?*

*----------*

*South park of course is not only funny, but makes alot of important comments about the absurdities of modern day existence.*

*---------*

*Night court, watched all of it, while it was on air, same with punky and small wonder.*

*also Cheers.*
*loved Shelly Long episodes the best.*
*Kirsty was cool as well of course.*
*and it was Ted Danson at is his finest, although Becker was pretty damn cool.*

*-----------*

*X-files is very out of the box thinking, a very clever show.*

*----------*

*And men who stare at goats.*
*I know what hardon is talking about.*
*When you do a bit of research is frickin amazing what goverment agencies are doing or 'trying' to do.*
*i would write some of it, but alot here would just think I more crazy then usual, he.he.*



------------

And speaking of Terra.

check out Wall-E, thats a more recent one I did see, and frick me, it would not have been possible to do a better job

--------------

Inglorious Bastards renewed by intense hatred for nazis, and may actually be, one the greatest films of all time.
It really nails the point of what happens, when absolute power is the order of the day.
Like when you talk to a nazi pig, that conversation may be the last one you ever have, because you said something wrong, and you, or people you care about die, because you gave away the info that pig needed to fuck you over.

And they were always 'at' people constantly trying to trip them up.
They even killed thier own people.
Berlin for example had gas chambers specifically for german instagators.
so not only did they see Jews, negroes, gypsies as sub human, they even turned on themselves

Governments and 'any' ruling authority, need to have their powers over the average man, decreased, NOT increased.

EVERY example in history has PROVEN, when you give total control to governments, people start dying, and getting horribly abused, by the VERY people who claim to be protecting them.
the excuses are to fight the evils of the other guys religion/politics/protect children/stop a war before it happens/racial purification

You can list things all day long.
But there are no excuses for total domination of the individual.

----------

And Sarah Michelle Gellar is probably my fav actress ever, just because of Buffy.

And yes the new twilight should be cool.

And dont forget True Blood, and Vampire diaries 😊❗

--------------------
User posted image
The most important trip you may take in life is meeting people halfway

p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. : )

I can resist everything except temptation...

---

**hardon**     **Posted:** June 28, 2010 03:25 pm

QUOTE (Hawkeye @ June 28, 2010 05:01 pm)

And dont forget True Blood,



**Dreamboard -> What movie or show are you watching right now? - Mozilla Firefox**

File   Edit   View   History   Bookmarks   Tools   Help

http://powerslave.staticcling.org/upload/index.php?showtopic=31747

Dreamboard -> What movie or show are yo...

---

All new members **MUST** read this:   **HOW-2-DREAMBOARD**

user posted image

---

**Hawkeye**

Posted: June 28, 2010 04:43 pm                                             Quote

This seems to be a rather infectous thread for me, i cant get it out of my system, lol 🌞

And who can forget summer in firefly and the amazing serentity movie?

So the news is no season 3 for sarah connor?
I havent checked for awhile, but I heard they dropped it?

Too popular and wanted to BADLY, so of course no good can come from making more episodes?

The Terminator movies are only one of the most succesful franchises in history so why support the show?!?

And would John and robo-cameron have done the hanky panky in season 3? 😀

---

All the things I really like
are immoral,illegal or
fattening

user posted image

*The most important trip you may take in life is meeting people halfway*

Group: Administrator
Posts: 5032
Member No.: 1
Joined: January 08, 2008

*p.s Members cant always fix some problems themselves.*
*If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)*

*I can resist everything except temptation...*

---

**pervfesser**

Posted: June 28, 2010 05:24 pm                                             Quote

I just watched the Serenity movie and it's good. Plot is old but it deals with the Government of sort having too much power to mind fuck the citizens.

Advanced Member

And so is Eagle Eye, but this time its a Supercomputer with all the powers to fuck the Government. Sorta refreshing and tiring at the same time with its non-stop action sequence, not to mention the absurdly WTF scenario.

Another conspiracy theory movie (well, actually a miniseries) would be XIII – The conspiracy. Deals with the taking over of the Executive branch of the US and replaced it with a fascist type administration. NWO all over again.

Group: Administrator
Posts: 3016
Member No.: 14143
Joined: September 18, 2008

Speaking of vampires, I kinda like The Daybreakers, although one can argue the theme is a little over-explored with Blade and Underworld and that god-awful Twilight.

Wall-E for the record was the best ever animated films ever produced IMHO. 🌞

I've got a list to watch (in no particular order). This is NOT a recommendation list. 🌞

-Body of Lies

---

GMT/UTC: Tue 22:26     Washington, DC: Tue 18:26

Or....... if you feel lonely and DONT want a new partner, than join a group, like Dreamboard for example, and get chatty/active.

Yes, your already at dreamboard, but if your lonely, than you need to write and express your feelings.
You can write your lonely, or write about something you like, or whatever.

Participation = a sense of belonging.

Somewhere like dreamboard being male dominated, can make communication frustrating, when new here, or even if you have been here a long time, but never spoke up.
It gets easier the more you communicate, and its great for a persons self esteem etc..

--------------

I have written all this, as I have received a few pm's and so on, from some members feeling lonesome , and of course the female members threads, makes some guys feel even worse about being lonely.

its not unusual to be loved, and by the same token its not unusual to feel lonely.

All normal feelings, and we are all human.

Through my own personal belief system, i try to love all my fellow man, so I am here for all of you.

Some may sincerely doubt that, when i have chastised them for various infidelities, but that is the same as a father smacking a child, for its own well being.

And some wear my patience down to nothing, but dont loose sight of the fact, I care.

I dont just run this board for cp, I very much enjoy the interaction, and have genuine emotional attachments to those here.

----------------



whatever anyone thinks of me, i do try.
I can be very strong with my words, but hell, i want to make my point, when i speak.
Of course that can really get some unintended anger going, and again i say sorry for the anger thats not about the subjects im addressing.

The anger that goes 'deeper' and is personal.
The 'secondary' anger if you will.
Like the piece of flaming metal that flys off a military target and burns down the innocent persons house.
that house was not the target but goes down in flames anyway.
And thats the tragic nature of war... any war

And yes Ed, I am not made of stone, and Im not a train on a way one track, I can make choices, Im not blinded by God syndrome or anything ridiculous like that, and I love you as the good person you are.

In fact kudos to all the people who keep going year after year in this **hobby**.

its a bastard of a **hobby**, so heres to all of you veterans 🙂

And yup, theres alot of messages here that may seem 'mixed' in some ways.
Im a compex guy, lol.

Lets all chalk recent events down to a learning experience, and try to have a bit more fun in the future.
who wants to be miserable all the time? Not me, thats for sure

------------------
user posted image
The most important trip you may take in life is meeting people halfway

p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)

I can resist everything except temptation...

~~~~~~~~~~~

Ten cents a dance is nothing, and thats what I get paid for running dreamboard, and I can certainly empathize with Ruth ettings classic. fish.gif

Ibro handles all the tech stuff, like keeping security updated, maintaining script, switching addresses etc... and believe me, thats more than enough work, right there.

Dasha handles official recruitment drives, brings in special members, like mabuhay for example, and maintains connections to the community outside of dreamboard, alot of public relations type stuff, and presents the ontopic news.

Hawkeye: Handles all applications, organizes and gives the final word, on everything that happens at dreamboard, edits ALL posts, moves posts that are in the wrong sections, handles all complaints via pm, and cleans up any other messes that occur, he cleans out lurkers, and generally checks that all things are running smoothly.

you could add another 5 or 10 things, we end up doing, buts thats the quick version.

---------------

And of course we have 12ish, Hardon, Pervfesser, Green, etc... kicking in daily, with vital replies, when I cant, from lack of time.

----------

Anytime, someone acts the cunt, well..... that makes more work, for those who pitch in daily to make this board happen, and gosh how that weighs us dooooooooooown........

Dreamboard is a combined effort, and is a service to the community.

Do your bit for the cause, and you help yourself thumbsup.gif

**Posted:** October 11, 2009 06:19 am



user posted image

Child erotica existed long before the arrival of Ukrainian teams, and even long before the existence of internet. However, internet not only allowed the distribution of child erotica to a scale never reached before, but, more importantly, also simulated its production, and, here too, to a scale never equaled in the past. The year of 2001 sounds like a turning point in the history of child erotica, with the coming out of the Ukrainian and Russian teams, and especially the "LS Empire" (lato sensu). With the LS Empire, child erotica took an unprecedented dimension, reaching an industrial scale, where hundreds of recruited models (an informed source gave the figure of a little bit more than 1,700 teens and preteens contacted, which does not imply that all contacted models actually posed, while the authorities only talked about 1,500).

The inclusion of professional photographers in the team, the nicely selected apartments, villas or natural landscapes, the pretty designed studios and the diversity and beauty of models contributed to forge masterpieces of creations, unique in many ways. Eroticism was clearly the aim, that is to say with productions in the crossway between art and porn. The LS Empire's heritage could not be classified as purely art, as the work of Hamilton for instance, where all is suggested: LS provided with more than suggestive photographs and films, with at a moment or another focuses on genitalia, even if the rest were more artistically oriented (a lot costumes, perfect make-up, music, etc.). And it would not possible to label it as porn, since no sexual intercourse or masturbation occurs (excepted in one extra video with a fingered late teen and a cameraman, and some videos with lesbian shows). Some other sites (like "angelsaround") were following a somewhat Hamiltonian tradition, with languorous poses of models, whereas some other sites were always tempted to push the limits too far, and came with pornographic material (as in the series with Arina, Nelia, etc.). Aside from those clearly erotic or pornographic series, emerged too the more ambiguous NN sites. Ambiguous because there are not pornographic, then could they be erotic ? What has been said for beauty, could well applies here : "only in the eyes of the beholder". Even if no nudity occurs, NN models may be shown in very "lascivious" positions, becoming more "provocative" than some others N series.

As expected came the time of troubles for many sites, troubles ranging from simple hacking/closing of sites to the bust of its runner(-s), and sometimes their customers too.

Did those closings and busts prevented anything since ? Certainly not. On the contrary, the material is still there, still circulating, with pay sites still around. Even the closing of the LS Studios did not prevent the creation of new sites like sweet-dolls, karinaworld, etc., with some former LS models. As of 2009, several girls continue modeling. And new material is expected, from amateurs and professionals, and nothing will stop that : one can not change human nature that way easy, besides there is a demand for such material. What is labeled as "CP" case related has seen an explosion of 300% within the space of a few years, ranking it to number one in "cyber-criminality" statistics. Such figures speak for themselves; it is not just a handful of fellows who do look for such material, but many people indeed. One should remind that in the West, which is certainly the part of the world the most liberal for all things related to pornography (with magazines, specialized TV channels, sex-shops, etc.), everything is allowed to watch expected CP. So, even without being a BL or GL, there are fellows who, soon or later, will be tempted to break the taboo and start searching for such material.

 

For many, many weeks, we all have experienced what we call an ordeal that turned out to some kind of a burden to most of us when, for all answer, we got an error message. Some of you even started threads about it, expressing your feelings, disappointments, hopes or frustrations.

In fact DreamBoard was a victim of its success, which is at least a positive point in that story: quite often some 60 members were visiting at the same moment, even sometimes reaching 100+, which has, naturally, consequences on bandwidth's traffic, hence the saturation and the problem we know.

There were some easy solutions to solve this, including, among others, to make DB totally private, but then it would have excluded many members, and Hawkeye, being a generous Administrator, wanted to keep it accessible to a maximum of members. He did no choose the easiest way so that all of us can still be together just like before, just like always. And running such a board with some 700 members, and considering the nature of that board and the fact that we are now living in a world that goes totally pedo-hysteric and completely allergic to our hobby, is all but easy. Needless to remind that without the huge work which is daily conducted by him and Ibro, all those things would not be possible.

Over the years, the reputation of DB is grown, attracting more and more people : it is made of a core of old timers, old friends, and many new and promising members as well. There are also a lot of guys who came and did not stay, this can be for several reasons: language barrier, the rules here, were not able to find back their way when DB changed its url, etc. And of course DB' success also attracted the attention of some insiders who did cheat us, like jealous Administrators or members from other boards, or from frustrated members, guys that were quick out from here or not admitted to enter. Hawkeye is quite a tolerant person but never allow compromises on things related to security, starting with your own security, and about the aggressive, arrogant attitude of a very small number of guys who sometimes get out of control and behave like bulldogs.

I have been a member in a countless number of boards, from the most well known and public ones to the most secret and private ones, and it is not a pure chance if DB has my favor, taking into account a set of factors like : how the board is run, who run it, the rules, what is posted, number of members, security issues, etc., etc.,

And of course DreamBoard would be nothing without your substantial contributions : DB is what you make it. Each of you makes this board, each of you counts.

Placing together several hundreds people is not an easy task because we come from different horizons, cultures, countries, etc.; adding to this the fact that this hobby deals with the most inner part of Man : its sexuality, a matter that often, if not always, gives rise to passionate debates, with inevitable heated talks or even quarrels. Each problem has its solution, so whenever it occurs try the diplomatic way to solve that problem, and avoid a frontal confrontation.

I just wished to thank all of you for your patience and your fidelity to DB during this time of troubles with the server. A patience and a fidelity which are now rewarded.

Enjoy and keep DreamBoard alive !



Placing together several hundreds people is not an easy task because we come from different horizons, cultures, countries, etc.; adding to this the fact that this hobby deals with the most inner part of Man : its sexuality, a matter that often, if not always, gives rise to passionate debates, with inevitable heated talks or even quarrels. Each problem has its solution, so whenever it occurs try the diplomatic way to solve that problem, and avoid a frontal confrontation.

I just wished to thank all of you for your patience and your fidelity to DB during this time of troubles with the server. A patience and a fidelity which are now rewarded.

Enjoy and keep DreamBoard alive !



Track this topic | Email this topic | Print this topic

**Posted:** June 21, 2009 08:42 am

 

**Statement on Human Rights, Sexual Orientation and Gender Identity**
In full, here is the text of the Decenber 18, 2008, Statement on Human Rights, Sexual Orientation and Gender Identity supported by 67 nation-states :

► 1 - We reaffirm the principle of universality of human rights, as enshrined in the Universal Declaration of Human Rights whose 60th anniversary is celebrated this year, Article 1 of which proclaims that "all human beings are born free and equal in dignity and rights";

► 2 - We reaffirm that everyone is entitled to the enjoyment of human rights without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status, as set out in Article 2 of the Universal Declaration of Human Rights and Article 2 of the International Covenants on Civil and Political, Economic, Social and Cultural Rights, as well as in article 26 of the International Covenant on Civil and Political Rights;

► 3 - We reaffirm the principle of non-discrimination which requires that human rights apply equally to every human being regardless of sexual orientation or gender identity;

► 4 - We are deeply concerned by violations of human rights and fundamental freedoms based on sexual orientation or gender identity;

► 5 - We are also disturbed that violence, harassment, discrimination, exclusion, stigmatisation and prejudice are directed against persons in all countries in the world because of sexual orientation or gender identity, and that these practices undermine the integrity and dignity of those subjected to these abuses;

► 6 - We condemn the human rights violations based on sexual orientation or gender identity wherever they occur, in particular the use of the death penalty on this ground, extrajudicial, summary or arbitrary executions, the practice of torture and other cruel, inhuman and degrading treatment or punishment, arbitrary arrest or detention and deprivation of economic, social and cultural rights, including the right to health;

► 7 - We recall the statement in 2006 before the Human Rights Council by fifty four countries requesting the President of the Council to provide an opportunity, at an appropriate future session of the Council, for discussing these violations;

► 8 - We commend the attention paid to these issues by special procedures of the Human Rights Council and treaty bodies and encourage them to continue to integrate consideration of human rights violations based on sexual orientation or gender identity within their relevant mandates;

► 9 - We welcome the adoption of Resolution AG/RES. 2435 (XXXVIII-O/08) on "Human Rights, Sexual Orientation, and Gender Identity" by the General Assembly of the Organization of American States during its 38th session in 3 June 2008;

► 10 - We call upon all States and relevant international human rights mechanisms to commit to promote and protect human rights of all persons, regardless of sexual orientation and gender identity;

► 11 - We urge States to take all the necessary measures, in particular legislative or administrative, to ensure that sexual orientation or gender identity may under no circumstances be the basis for criminal penalties, in particular executions, arrests or detention.

► 12 - We urge States to ensure that human rights violations based on sexual orientation or gender identity are investigated and perpetrators held accountable and brought to justice;

► 13 - We urge States to ensure adequate protection of human rights defenders, and remove obstacles which prevent them from carrying out their work on issues of human rights and sexual orientation and gender identity.

American States during its 38th session in 3 June 2008;

► 10 - We call upon all States and relevant international human rights mechanisms to commit to promote and protect human rights of all persons, regardless of sexual orientation and gender identity;

► 11 - We urge States to take all the necessary measures, in particular legislative or administrative, to ensure that sexual orientation or gender identity may under no circumstances be the basis for criminal penalties, in particular executions, arrests or detention.

► 12 - We urge States to ensure that human rights violations based on sexual orientation or gender identity are investigated and perpetrators held accountable and brought to justice;

► 13 - We urge States to ensure adequate protection of human rights defenders, and remove obstacles which prevent them from carrying out their work on issues of human rights and sexual orientation and gender identity.

Note all countries did not signed, this includes Muslim nations, which hate homosexuality but that allow in their culture practices not allowed in others like the mariage with young girls or polygamy, so it would be in their interests to join too.

In fact, nowhere pedophilia is prohibited, pedophilia is just an attraction, a desire, a feeling and no law can prevent a desire, but what is prohibited and illegal is its manifestation, that is to say contacts or intercourses with minors.

Well that's may be a first step. Let us pray for more to come.

--------------------

NGO of the radical Boy Lover.com



If you want to post something, and decrease the chance of it getting reposted, then post it, in this section.

Only Super VIP's can post and see this section.

For a regular VIP, and for a regular member, this section does not even show up.
Not even the heading!

------------

Reposters are stinking pieces of vile shit, that should be flushed down the toilet.
They risk our safety, and have no respect for our hard work.

--------------

If you indentify a reposter, pm me straight away.
And that reposter, will be one dead motherfucker 😊

------------------

Aaaaaaaaaaaaaand........

You just got promoted and you dont want to post, because you discover you dont have anything new or whatever, so you start laying down the bullshit like...

A series of family members dying (and I am talking more than 1, or 2, or 3...), followed by car accidents etc.. right after a promotion, so with all the 'new' disasters, you suddenly cant post, and go for the guilt trip angle, so I dont reduce you.......

Believe me, if it smells like the worlds biggest line of extreme bullshit, i will reduce you as soon as I read your pm/thread.

I am not referring to the people who have had genuine real life problems, Im talking about the ones, who are faking it.
I can tell the difference, and I wont always say at first, if I think your lying, but it WILL affect your career.
If the lying is super easy to see through, it will be INSTANT reduction.

**Posted:** April 30, 2010 03:01 am

below is your average family of lurkers blink.gif

user posted image

funny looking mutants, but they actually, dont see anything strange when they look at each other.

lurking is a way of life for them, and has genetically damaged them, to the point of no return.

so much inactivity has left their muscles weakened, and they dont grow to full size (see far right) or their b
what i believe to be a female in the center, belief based on the fact a dress is worn. Other than that.. its any

user posted image

Lurkers are lazy assed motherfuckers, but see themselves as Gods amongst men.

See above picture for clarification fish.gif

Dreamboard 'was' down for a long time, the excuse for not posting is over.

next time, i review accounts, im deleting ALL power lurkers.

so dont be shocked if your deleted

user posted image

you a lurker?

Been hanging around the public toilets looking under the stalls, but wont even put out for a handjob?

---------------------

Post some cp.. do it for the kids.. be a patriot.... obama says, 'yes we can'

user posted image



------------

*Now time for Good Hawk:*

*God that bad Hawk is a real piece of work aint he?* 

*welcome back dreamers, and a BIG thanx to those who started posting straight off the bat, I LOVE you*

*and dream will be shifting address alot right now.*

*Its not because we are getting closed down, all the time, its because, we are staying one step ahead of the wretched filth, tha*

*fun. We are bandits always on the run, you need to be fast, when your being naughty, he,he*



p.s If anything hawkeye ever says, makes sense to you, seek professional help IMMEDIATELY



**Posted:** February 21, 2010 10:09 am

Get out there and post the redirects:

redirecta.hut1.ru AND redirectb.h16.ru

In places, where you think you may find good candidates for dreamboard membership.

After fark knuckels, hijacked our korean redirects, membership has been going down, not up, as NOT everyone knows our NEW redirects.

PLUS, it would be super groovy, to see some new blood here.

Re replies: NO, "the boards I go to, wont let me post dream addy" etc...

Just reply with positive affirmations, and lets encourage people to get ACTIVE on this.
negative replies do NOT encourage, so dont post em thumbsup.gif



**Posted:** February 13, 2010 02:00 am

Edit   Quote

Talking does not keep membership.

Its nice to see you guys chat, and reply of course thumbsup.gif

-----------

I check to see who only talks, without uploading, and I delete regular members, when they dont upload for 50 days.

I delete VIP/SVIPs, when they dont upload for 60 days.

----------

Just now I deleted some long time higher level members, who ended up, talking and simply stopped uploading altogether.

And their very last contributions, were becoming almost pitiful.
Very small posts.

I really hate, having to delete well known popular people.
But if I allow lurkers, this board dies.

----------

I will NOT send each of you a personal pm.

I will just delete you for not being active.

So CHECK how long its been since you last uploaded, and be responsible for your own account.

If you turn up week after week and do nothing, you surely must have some idea, your account is in danger, so do something about that, and give back.

----------

Message posted closed.
This is a courtesy thread, and I dont have to write it, but I do write it, because I dislike deleting people

....................



> Lurking SVIPs need to post RIGHT NOW

Attach New Poll | Track this topic | Email this topic | Print this topic

**Posted:** October 02, 2009 03:34 am

Lurking SVIP's have even LESS time to get a post up then regular lurking members, if they have been lurking for a long period, this is due to the security of this section.

I cant imagine a single reason why anyone could not get at least a 50 meg post off the ground or whatever, to maintain membership as SVIP.

But non posting SVIP's better post or pm me, or do something, because your time is damn short.

We could see alot of SVIP's GONE overnight, so get cracking!!!!! thumbsup.gif

-----------------
user posted image
The most important trip you may take in life is meeting people halfway

p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. : )

I can resist everything except temptation...

**Posted:** October 02, 2009 10:00 pm



In reference to the prolific amount of porn he has posted, i quote the movie short circuit and say "Nice software!' tongue.gif

I would say the reason he gets so few replies, is that its quite exhausting just viewing so much so fast, its alot to take in blink.gif

Johhny 5 does not use the internet, he is IS the internet.
He is the net become 'self aware' and does not wait for you to come to it, he comes to you.

To make johhny feel more at home I will thank him in binary numbers, 'his native language'..

0101001010101110100101010010101010101111100001
1001000101001010010101001010100101010100101010
0100101000101
1010100101111110000100101001001001001010

That means 'Thanks for all the preteen totty'

-------------

And Captain Kirk says hello, and he has completed his 5year misson from enterprise, so thats in the past now

user posted image

I doubt we will ever forget ATHFs insane trillion gig posts at the enterprise, but you are letting dreamboard members know that exact same feeling here.

So well done my friend, and live long and prosper, (with hot lolis)

Love Captain Hawkeye.. aka Captain Kirk

If your reading this your SVIP ' . '

Your almost the same color as SVIP, and your title is almost the same.But only SVIP. can see this area.
Normal SVIP's cannot see this area.

I made you look almost the same as SVIP's to reduce you being hassled over your superior rank, people
who know, get very jealous

----------------

And betrayal?

How to solve the betrayal problem?

Obviously 'please dont repost, please dont share my material' DOES NOT WORK.

Because most members are MOTHERFUCKING ASSHOLE SCUM.

---------

ONLY people who make their OWN work can see this section.

So as you guys make it yourselves, you WONT be fucking each other over, because you ALL want to
protect yourselves.

YOU ALL KNOW what happens, if your private material is shared.
So in this section, you are not so quick to share private material of your friends, if they say dont share it.

--------

Dreamboard does NOT store any database logs of your activities.

Dreamboard does NOT store your IP.

ALL members of this section make their own material.

There is no safer board than dreamboard, and this section is as Private as you can get.

So feel at ease here in this private area.

There are no Old shit upload whores in this section.

Just the good stuff here

---------------

And yes, we may have to examine other ways to comminicate and post ontopic if things change in the future.

But many of the ideas, people throw around are super bad.
I dont make people post, and communicate a certain way, for a joke.

I specify, how to do something with minimum consequences.

You start trying to get to clever, and your in 'probable cause' territory.
Where your actions are an admission of guilt.

The most modern term is 'sophistication', the use of extraordinary means to mask your actions.

When we use proxies thats already 'sophistication', but we need to do something, and if the proxies from another country, then the law has little power 😎

I dont suffer ignorant replies to easily these days, so this topic starts closed.

Just something for some of you to read, and DONT start a new topic, called "I couldnt reply to this etc..."

Its just some food for thought thumbsup.gif

-------------------
user posted image
The most important trip you may take in life is meeting people halfway