Posted: February 16, 2010 12:58 am 

I dont have much info on mcdad, but his material practically shouts at you, and makes you deaf!

I rarely see anything that ruffles my feathers, but this is pretty full on, as the kid looks like he popped out of the womb 10 minutes before this was filmed ohmy.gif

Alot of the time I dont really go for so young, then one day, you see an assfuck video of very young one, and its super hot.

If we said yes, to mcdad, there is the possibilty of more Super Young Hardcore, for our eyes only.

That sounds quite interesting.

Its not only up to me, if he joins this section.

I need to hear what you guys think about letting him in here.

And: he was very fast, on responding to my pm's.
Thats also is a positive sign

---------------------------

Here be the pics fish.gif

---

Yes many is the time I daydreamed of dreamboard, being so busy,
it made me dizzy,

but now its really kickin',
with young pussy and ass, thats finger lickin'.

Youngins gettin it in the ass,
dont mind me, you cant be to crass.

Watch little whores, in Super hardcore.
have allotta fun, in L o l i c o n.

gettin' an erection, from Pt vids section,
Watchin material thats naughty but never rude, in Sandra and non nude.

hear the little ones, moan, scream and wail,
Dreamboard members posting 4 gigs a day, always prevail

Its the one stop shop, you dont like if your a cop,
Its got kids gettin popped,
antis would be shocked,
Children sucking cock,
Dreamboard really rocks!

---

I can take umbrage, I can take the cake, I can take the A-train, I can take two and call me in the morning, but I cannot take this sitting down. Now if you'll excuse me, I'm gonna take five. -- Hawkeye

---

user posted image
The most important trip you may take in life is meeting people halfway

▸ Almost 600 members, but......., The posting is not proportianate

track this topic | email this topic | Print this topic

**Posted:** April 02, 2009 03:16 pm                                          Edit  Quote

considering we have nearly 600 people, the posting should MUCH greater.

If the lazies dont get motivated, they will be deleted.

And I will turn OFF registration for 10 days.

So you think, you can just immediately rejoin, and continue the lurking cycle straight away, FORGET IT buddy.

"oh, oh, I dont have anything to post, blah, blah, whinge"

or

"the board had more error messages I couldnt come here easily, etc.."

NO WAY, you dont work, you dont eat.

I dont give a flying FUCK, what the bullshit excuse is.
At the end of the day, if your NOT doing what you SHOULD be doing, then its bullshit.

I will spell it out for you:

LURKING = B U L L S H I T

--------------------
user posted image
The most important trip you may take in life is meeting people halfway

p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)

I can resist everything except temptation...







**Posted:** June 14, 2010 11:45 am

> QUOTE
> Stoner, your Sand-clock gallery is called "Time Is Thicking Out" and original filenames is etnymph28122001dl01.jpg thru 24.
> I do remember someone made EN megapost some times ago...
>
> Thanks Blowfish, I also needed names.
>
> EN is 8 page back. here

Thx Spock

I swear all u guys combined are like The Encyclopedia Britannica of Pedophilia lol2.gif thanks.gif

--------------------



Stop trying to 'one up' each other, thats really pathetic.
We are all equal, and when people try to power play, by saying they are better, or playing the 'disadvantged matyr' to earn sympathy power etc.. its all very obvious and quite sad.

And dont create problems just for the sake of it.

And dont beat a dead horse.
When something has been said, its been said.

Yet....... someone always has to drag it back again from the dead, and start over.

------------

you know what? At Dreamboard I LOVE producers, I LOVE posters, I LOVE those who are helpful.

For those who dont like to post and help, well...........

-----------------
user posted image
The most important trip you may take in life is meeting people halfway

p.s Members cant always fix some problems themselves.
If things start going horribly wrong, pm me, I can delete a total fuckup of a post, or ban a reposter, settle arguements, or make you a martini etc.. :)

I can resist everything except temptation...

| boogn | **Posted:** January 24, 2010 02:37 am | Verwijderen Edit Quote |
|---|---|---|
| Unregistered | I'm not sure how this is "amazing" or enjoyable.<br><br>It is not pedophilia, just pure abuse of a little baby.<br><br>I know everyone have their "turn ons" but I must wonder, if he tried to fuck her and ripped her vagina open with blood squirting everywhere, would that be amazing and great too? LOL<br><br>Just my 2 cents and 2 each his own I guess!<br><br>On a serious note, I hope this guy gets caught. Cause it's "twisted" guys like him who give nice, loving pedos like me a really bad name.<br><br>If any non-pedo person watch this vid, they will think all pedos are this crazy to tie a baby up and piss on her. Not knowing I would prefer to wait until she is 5 and up, teach her how to suck a penis well and then cum on her smile.gif<br><br>Sadly I must admit, I think I do know the creator of this vid. Him and I are going to have a little word! | |
| IP: [ 0.0.0.0 ] | | |
| giggog | **Posted:** January 24, 2010 03:19 am | Verwijderen Edit Quote |
| | Remind everyone: | |



Posted: June 01, 2010 02:41 pm 

Well, in a way, antis, journalists and NGOs are the best advertisers of pedophilia. That is all that hysteria that called my attention, then the rest worked as a chain reaction.

Antis & Co. "sexualize" anything related to kids, calling the attention of everybody about the potential attractiveness of youths, in a way they do pro-CL activism, so thanks buds. (they also forget that most things happen within the family...)

Even, if guys can not (or want not) join pro-CL activism, people doing this hobby could at least undertake some kind of activism by using a tiny fraction of their collection. I use to do that for years, using some LS pics (but NEVER HC) and vids as bullets to target big guys, elite members of the society (USA, Europe, Australia). Many can be reached via email, once they discover the stuff, or they will be indifferent or angry about it, or may be curious and start to search by themselves, and being royal morons, they usually will be catch for collecting CP. When enough elite members of the society will be sentenced, those guys will get tired, and change the laws. The recent position of the powerful NY Judge Weinstein is may be a first indication of a new trend when it comes to deal with CP cases.

Join the crusade, join the loly jihad, spread your lollys in the right places. Of course if your target is a well known gay, sweet stuff with young boys will increase your chance of success, most priests, bishops, etc. are gays; so don't send them pictures of Lesya or Sandra, one calls that strategic adaptions to local environment.

--------------------

OUT of the night that covers me,
Black as the Pit from pole to pole,
I thank whatever gods may be
For my unconquerable soul.

In the fell clutch of circumstance
I have not winced nor cried aloud.
Under the bludgeonings of chance

**Posted:** April 28, 2010 09:31 pm  

Goodbye is always hard to say but nothing lasts forever.

Things are changing in my life and I can't devote alot of time to this hobby. The last several months have been very unsatisfying and downloading new stuff just isn't fun anymore. I have alot of things but cp is not a substitute for real thing.

And seeing all the girls in pictures and vids while knowing I will never have it makes me angry and sad. And the few new series I want won't show up for a long time I think.

And seeing the way people act in this hobby is making me 100% sure I don't want to end up like most of the people obsessed with cp. I always thought of myself as a girl lover 1st and now I realize there are not many girl lovers around anymore and maybe there never were in cp hobby.

I will be moving to a new country becuase there isn't anything for me where I am living now. I don't have a career or family like most do and I am young so there is many things I want to do besides look at CP. I think most of you are older and tied to a place so it is easier.

I won't be gone for good but there will be periods where I can't login for weeks or maybe months but I promise to post whenever I come here. So if I am deleted you will know why and I am not dissapearing with no explanation. I don't have anything private so I will probably never be able to get to SVIP again if I get deleted but thats life.

Anyway. I would never have any real trusting friends in this hobby, most pedos are assholes smile.gif but there are a few people I really like hearing from and I think you all know who you are. Dreamboard has changed so much since I became a member and so have I. I always thought this hobby would be something I could do always but it has become one of my low priorities.

Nobody gives this up forever and I don't plan to so I guess this isn't really a goodbye. Anyway I thought you all should know.

Goodbye old friend and may the force be with you!

-------------------

**How you doin' Chewbacca?**

Posted: April 28, 2010 09:41 pm

I'm sad to see you go man, but I know how you feel.
There comes a time when it just get tired beating up to 2 dimensional vids and pics and calling it your sex life.

Without the touch of that tight little body,
without that aroma mixture of milk and baby shampoo,
without hearing her tiny breaths whispering by your ear as she falls asleep naked on your chest....

What I mean to say is, your not alone with those feelings rolleyes.gif
I guess you'll be off to a 3rd world country then? tongue.gif

Hey, whatever it is you plan on doing,
I wish you luck and prosperity in your new adventures,
and thank you for all your past contributions in DB.

And even though, the DB laws are justifiably strict,
I still hope you don't get deleted.

Take care mate,
stivo.

---