> Dreamboard -> Viewing Profile

-= Register here, then log in - (Dream works best with Firefox) =-
READ THE RULES & ALL PINNED TOPICS BEFORE APPLYING. No Rapidshare No reposting
Read & save hours of everyones time. Hawkeye WILL delete those, who blatantly apply without following rules.
That means your account will show an 'error', next time you go to login, if you ignored the rules.

-= If you have login problems re-register, then PM Hawkeye. DONT change your email, it could set you to validating =-
-= NO backdoor trading, E-Mails, or personal invites etc. to other boards via pm, you will be DELETED for that =-
-= If you havent UPLOADED in 50 days, & login doesent work, re-apply, because you have been DELETED =-
-= Uploaders remain, TALKERS & LURKERS who DON'T upload are deleted. To Get VIP upload 3 gigs =-
-= WinRAR Only! No KGB/ZIP/7z or any other encrypters. RAR is the only effective program =-

AVOID ALL KOREAN REDIRECTS!                                    BANNED HOSTS - DO NOT USE
USE the secure Redirecta.hut1.ru & Redirectb.h16.ru            Load.to--Usershare.net--10pix.ru--Radikal.ru
    jbbs.livedoor.jp/sports/12449/ if lost          PINNED     iPicture.ru-Imagevenue.com-Imagehost.org-yukle.tc
         Dreamboard address is near the top         TOPICS     Imghost.sk---xs.to---Imageshack---Archiv.to
                                                               Click here to see more banned hosts
1. All posts MUST have live STORYBOARD Previews. (One pic for each set from commercial sites is fine)
2. No clickable thumbs -- Post previews FULL size (But not stupidly big! Try around 900 pixels wide)
No preview Albums that require a log-in. See the banned hosts above!

# samsackk
Find all posts by this member · Add to contact list

## Active Stats

| | |
|---|---|
| Total Cumulative Posts | 53 ( 0.04% of total forum posts ) |
| Posts per day | 0.1 |
| Joined | April 24, 2010 |
| Most active in | PT Vids 27 posts in this forum ( 51% of this member's active posts ) |
| User's local time | July 28, 2011 10:36 am |

## Communicate

| | |
|---|---|
| Email | Click Here |
| AIM Name | No Information |
| ICQ Number | No Information |
| Yahoo Identity | No Information |
| MSN Identity | No Information |
| Personal Message | Click Here |

## Information

| | |
|---|---|
| Home Page | No Information |
| Birthday | No Information |
| Location | No Information |
| Interests | No Information |

## Posting Details

| | |
|---|---|
| Member Group | VIP |
| Member Title | No Information |
| Avatar | |
| Signature | |

<( back )

Active User Colors : | Admin | Mod | Super VIP Member | VIP Members | Member | Validating | Guest |

**samsackk**

Advanced Member

Group: VIP
Posts: 53
Member No.: 37987
Joined: April 24, 2010

**Posted:** April 26, 2010 02:10 am

user posted image

Samsackk here with a post for VIP consideration.
Submitted humbley to captain Hawkeye.

Enjoy! biggrin.gif

**Password for all files**
samsackkfordreamboard

Total uploaded this post 3.06GB

Total uploaded last post 358MB
( http://dreamers-x.dyn.ro/upload/index.php?showtopic=28604 )

Grand total uploaded so far 3.418 GB

user posted image

user posted image

**DOWNLOAD** for video 1 and 2

part 1: http://archiv.to/GET/FILE4BD4EF77B02F8
part 2: http://archiv.to/GET/FILE4BD4F04EDCF10
part 3: http://archiv.to/GET/FILE4BD4F74CA6137
part 4: http://archiv.to/GET/FILE4BD4FA29CFCBC
part 5: http://archiv.to/GET/FILE4BD4FA65A38E5

Total size 820MB

user posted image

**DOWNLOAD** for video 3

**samsackk**

Advanced Member

Group: VIP
Posts: 53
Member No.: 37987
Joined: April 24, 2010

Posted: April 28, 2010, 01:56 am

user posted image

Greetings again captain Hawkeye. Took the time to fix my post, and removed the banned host.

Re-submitted humbley to captain Hawkeye, samsackk's VIP consideration post.

**Password for all files**
samsackkfordreamboard

Total uploaded this post 3.02GB

Total uploaded last post 358MB
( http://dreamers-x.dyn.ro/upload/index.php?showtopic=28604 )

Grand total uploaded so far 3.38GB

user posted image

**DOWNLOAD** for video 1

part 1: http://www.hotshare.net/file/245409-4994372e63.html
part 2: http://www.hotshare.net/file/245410-654893890e.html
part 3: http://www.hotshare.net/file/245411-54198616b8.html

Total size 271MB

user posted image

**DOWNLOAD** for video 2

part 1: http://www.hotshare.net/file/245420-90333136a2.html
part 2: http://www.hotshare.net/file/245423-44414235ac.html
part 3: http://www.hotshare.net/file/245424-917242905c.html
part 4: http://www.hotshare.net/file/245425-36615446d3.html
part 5: http://www.hotshare.net/file/245427-9645582e7e.html
part 6: http://www.hotshare.net/file/245428-6065816992.html



**samsackk**
Advanced Member

Posted: May 07, 2010 12:35 am

Wholy shit! It's the deepthroat queen girl from last month. Absolutley one of the best vids ever.
Thank you very very much for posting this tayny.

Oh, and yeah, agree 100% on the previews, gotta have it.

Group: VIP
Posts: 53
Member No.: 37987
Joined: April 24, 2010

**almondeye**
Advanced Member

Posted: May 07, 2010 02:02 am

Thanks for the great post! This girl is an angel. So happy to play naughty! A real natural.

FYI, its 18 pix, at least half of which were new to me. Moar please and thank you!

Group: Super VIP
Posts: 184
Member No.: 37317
Joined: September 23, 2009

**samsackk**

Advanced Member

Group: VIP
Posts: 53
Member No.: 37987
Joined: April 24, 2010

**Posted:** April 27, 2010 12:47 am

**QUOTE** (Hawkeye @ April 26, 2010 04:29 pm)

> Read and remember pinned topics.
>
> Always heart breaking to see someone upload a ton of files to a banned host.
>
> Plenty of time to fix this problem of course, and you have learned a valuable leason thumbsup.gif

**QUOTE** (pervfesser @ April 26, 2010 04:28 am)

> Ditto what johndoe said.
>
> But I'm more concerned about you using a **BANNED HOST**. Take your time to read the VIP application rules and review the list of banned host.
>
> Thank you for your kind attention.

Captain Hawkeye, and pervfesser, I have learned a valuable lesson -- I must read, read, read, then re-read again.
Fixing this post right now, as I type this uploading to hotshare.net

**QUOTE** (johndoe @ April 26, 2010 02:16 am)

> thanks for the up and good luck with your VIP quest
> one note tho, please don't mix several videos together into one archive
> some people are using slow connection and having to download all files just to get one video will be a bitch

johndoe, good looking out, uploading each video to their own separate rars right now.

Ok, got work to do, be back in a flash.

user posted image

IP: [ 96.240.113.122 ]

| | open-new   484,5 MB MIX ASIAN HC-VIDEO |
|---|---|
| samsackk | Posted on: June 09, 2010 01:43 am |
| Replies: 13<br>Views: 786 | Pedowoman,<br>First of all, thanks for the killer post of lil' asian girls! LOVE IT<br>Can you re-up A08: Klvn 1202 m3b 11Yo fk.avi (25,1 MB) ?<br>This series is one of my all-time faves. Willing to wager, lilasians might be after that same one in his request above too. |
| | Forum: PT Vids · Post Preview: #160822 |

| | another sugar (kaite) dildo (Pages 1 2 ) |
|---|---|
| samsackk | Posted on: June 09, 2010 01:37 am |
| Replies: 38<br>Views: 1505 | Many thanks! |
| | Forum: PT Vids · Post Preview: #160820 |

| | open-new   Asian lolita & dad |
|---|---|
| samsackk | Posted on: June 09, 2010 01:24 am |
| Replies: 3<br>Views: 332 | BEST, literally the BEST video of this series I've ever seen!<br>Thanks ukrainec ! |
| | Forum: PT Vids · Post Preview: #160818 |

| | The Beginning Of The Never Ending Post Part 5 (Pages 1 2 3 ...21 ) |
|---|---|
| samsackk | Posted on: June 07, 2010 11:34 pm |
| Replies: 734<br>Views: 3425 | QUOTE (Hawkeye @ June 07, 2010 06:39 pm)<br>Bless the start of this Big Assed post, and all who sail on her thumbsup.gif<br>Yarr Capt'n. The bigger her ass grow, the larger her mast be. Yarr! |
| | Forum: VIP Videos · Post Preview: #160495 |

| | open-new   §§§ Feet Collection §§§ |
|---|---|
| samsackk | Posted on: June 07, 2010 11:29 pm |

http://dojceos.b1.jcink.com/doj_ceos_logs/access_log.txt

### open-new §§§ Feet Collection §§§

**samsackk**
Posted on: June 07, 2010 11:29 pm

Replies: 7
Views: 207

At first, I was like ... can I fap to that? Then, I was all ... I think I'm turned on. Before you know, yep, I was fapping.

Thanks! Great thread.

Forum: Lolicon · Post Preview: #160494

### open-new Another Falko preview

**samsackk**
Posted on: June 07, 2010 11:23 pm

Replies: 8
Views: 238

Piolin, GREAT FIND!

git.gif

Forum: VIP Videos · Post Preview: #160493

### open-new Mint E

**samsackk**
Posted on: June 07, 2010 04:11 am

Replies: 6
Views: 379

Thanks! Great post. Loved watching her little butthole open and close as she came.

Very nice! biggrin.gif

Forum: PT Vids · Post Preview: #160253

### open-new Princess 2010 trailer

**samsackk**
Posted on: June 07, 2010 03:25 am

Replies: 12
Views: 339

> QUOTE (gonzo @ June 06, 2010 03:33 pm)
>> QUOTE (jakehits @ June 06, 2010 08:41 am)
>> what goldberg should have been, thanks for post, we wait for full movie
>
> Then you can wait very very long sad.gif The producer won't share it. Believe me wink.gif

Gonzo, too bad we can't convince hm to share. Maybe we should invite him to DB?

Forum: VIP Videos · Post Preview: #160243

### open-new Princess 2010 trailer

**samsackk**
Posted on: June 07, 2010 03:23 am

Replies: 12
Views: 339

> QUOTE (jakehits @ June 06, 2010 09:41 am)
> what goldberg should have been, thanks for post, we wait for full movie

Agree with you Jake, totally what Goldberg should've been. Had the same thought watching it. biggrin.gif

## open-new  Princess 2010 trailer

**samsackk**

Posted on: June 04, 2010 03:25 am

Replies: 12
Views: 339

user posted image

user posted image

Young girl gets fucked halfway balls deep.

Download link:
http://filesurf.ru/186723

Total size:
72MB

Password:
samsackkfordreamboard

Forum: VIP Videos  ·  Post Preview: #159300

## open-new  Fordj Special

**samsackk**

Posted on: June 01, 2010 01:15 am

Replies: 3
Views: 227

First of all, not slighting this work. But, your post, can it be kept in the boy section?

Forum: Boys  ·  Post Preview: #158587

## open-new  Orgasmo

**samsackk**

Posted on: May 31, 2010 10:50 pm

Replies: 12
Views: 287

Can't seem to get the password to work?

EDIT:

Correction, working now. Thank you very much for the amazing post DangerAnonymouse! biggrin.gif

Forum: VIP Videos  ·  Post Preview: #158561

## open-new  Lovely Mary 12yo sucking

**samsackk**

Posted on: May 23, 2010 04:23 pm

Replies: 9
Views: 619

Many thanks, always loved her little full preteen lips.

Forum: PT Vids  ·  Post Preview: #155839

## open-new  3 yo suck cum

**samsackk**

Posted on: May 23, 2010 04:19 pm

### Sugar... the sweetest girl on Earth

**samsackk**  
Posted on: May 21, 2010 11:13 pm

Replies: 14  
Views: 365

Mplayer for Windws: http://smplayer.sourceforge.net/  
Mplayer for linux: http://www.mplayerhq.hu/design7/news.html

Comes with several of the most popular codecs pre-installed, plays damn near everything.

Forum: VIP Videos · Post Preview: #155356

### fuck_pee_scat_4 yo Kaite.wmv

**samsackk**  
Posted on: May 21, 2010 03:35 am

Replies: 27  
Views: 434

Thanks for sparing me that shit Hardon ... literally!

Forum: VIP Videos · Post Preview: #154970

### Valya 21

**samsackk**  
Posted on: May 21, 2010 03:15 am

Replies: 18  
Views: 374

Epic post! Thanks much gonzo 😀 🍺 😀

P.S. Always loved that Hunter S. Thompson quote.

Forum: PT Vids · Post Preview: #154966

### open-new  11 Years Old, Black, and Chubby! Very Nice!

**samsackk**  
Posted on: May 17, 2010 10:23 pm

Replies: 7  
Views: 355

MmmMmmmM... I'd like to sink my dick in her ass.

Forum: PT Vids · Post Preview: #154274

### open-new  For VIP Consideration

**samsackk**  
Posted on: May 17, 2010 10:22 pm

Witch, thanks for one hell'ava post!

**Download:**
part 1: http://filesurf.ru/182611/results_1.part1.rar.html
part 2: http://filesurf.ru/182614/results_1.part2.rar.html
part 3: http://filesurf.ru/182616/results_1.part3.rar.html

Total size: 150MB, 50MB each part

Password: samsackkfordreamboard

Forum: VIP Videos · Post Preview: #153821

## Fiesta Latina (Pages 1 2)

**samsackk**

Posted on: May 15, 2010 09:34 pm

Replies: 49
Views: 1006

QUOTE (Hawkeye @ May 12, 2010 07:09 am)

> I actually banned usershare a while back.
>
> I wont make a big deal of it, this time.
>
> But dont do it again.
>
> Apart from that, it is a nice big post, and review banned hosts, before your next upload, thanx thumbsup.gif

First of all, thanks much for the post!! cheers.gif A TON of fills for me!

Totally agree with hawk, downloading from usershare has been like scraping my nuts across sharp concrete punchballs.gif

Highly recommend hotshare!

Forum: VIP pictures · Post Preview: #153596

## Valya Shrine: Complete vid collection (Pages 1 2 3)

**samsackk**

Posted on: May 15, 2010 08:18 pm

Replies: 95
Views: 2958

Radar,

Big, big, thanks out for the project you're starting. Putting in a request for fills 13,19, 20, 21 if you have the chance first.

Forum: PT Vids · Post Preview: #153579

## open-new  My little girls part 1

**samsackk**

Posted on: May 14, 2010 02:22 am

## open-new  A new Tara video!

**samsackk**  
Posted on: May 12, 2010 03:37 am

Replies: 10  
Views: 286

> QUOTE (samsackk @ May 11, 2010 10:53 pm)
> Re-encode aside, that girl could work a pole! Nice find. Thanks man cheers.gif

Aww fuck punchballs.gif

Now that I've actually watched this ... heh, wtf was he thinking recoding it like this?

Forum: VIP Videos  ·  Post Preview: #152554

## open-new  Private vid

**samsackk**  
Posted on: May 12, 2010 12:05 am

Replies: 12  
Views: 280

Greeeaaaat post Phantom. cool.gif Thanks very much for sharing it dude.

Forum: VIP Videos  ·  Post Preview: #152520

## open-new  VCD-100802

**samsackk**  
Posted on: May 11, 2010 11:59 pm

Replies: 10  
Views: 366

Didn't have that second one. Keep 'em cumming Piolin! Great finds bro!

Thanks a million clap.gif cheers.gif

Forum: VIP Videos  ·  Post Preview: #152519

## VCD-20902

**samsackk**  
Posted on: May 11, 2010 11:57 pm

Replies: 14  
Views: 435

WHOLY SHIT! Out-fucking-standing find man!

Always thought that sweet mini vid, was a one off -- until the rest of the series started cumming about.

Posted bi, from this series, getting her face cummed on last week. Have a fourth video of a girl called gop, I can post.

Anyone else have more from this series too?

Forum: VIP Videos  ·  Post Preview: #152517

## open-new  A new Tara video!

**samsackk**  
Posted on: May 11, 2010 11:53 pm

Re-encode aside, that girl could work a pole! Nice find. Thanks man cheers.gif