UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT OF WASHINGTON

at Seattle

*FILED LODGED ENTERED RECEIVED*

*AUG 09 2011*

*CLERK U.S. WESTERN DISTRI...*

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Eriz Myszke-Francis

Defendant,

Case No. **MJ11-360**

WAIVER OF RULE 5(c)(3)(D) HEARING

and ORDER OF TRANSFER

## WAIVER OF RULE 5(c)(3)(D) HEARING

I, Eriz Myszke-Francis , have appeared before a United States
Magistrate Judge in the Western District of Washington, who has advised me of the provisions of
Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of
Criminal Procedure. I wish to waive my right to such further hearing, therefore:

a)    I acknowledge that I am the person named in an indictment, information, or
warrant pending in the U. S. District Court for the _Western_ District of
_Louisiana_ ;

b)    I waive my right to production of the warrant or of any other original papers
relating to these charges or certified copies thereof;

1  c)   If I am entitled to a preliminary examination, I elect to have it conducted in the

2  district where the prosecution is pending; and,

3  d)   I consent to the issuance of an order directing me to appear and answer in said

4  district where the charges are pending.

5

6  DATED this 2ⁿᵈ day of August, 20 11.

7

8  _____ 26757                    _____

9  Defense Counsel  B2.Meryhew                  Defendant

10

11

12  ORDER OF TRANSFER

13

14  Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in

15  this case shall be conducted in the U. S. District Court for the  Western  District of

16  louisana . The Clerk of this Court shall forthwith transmit to the Clerk in said

17  district the records of proceedings conducted in this district. Unless the defendant is released on

18  bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district.

19  If released on bond, the defendant is directed to appear in that district for further proceedings at

20  the time and place specified on the bond, or as otherwise directed by court order.

21

22  DATED this  9  day of  Aug , 20 11.

23

24

25

26  _____

27  United States Magistrate Judge

28