

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400



**WILLIAM M. MCCOOL**
District Court Executive
Clerk of Court

**LORI LANDIS**
Chief Deputy Clerk

August 23, 2011

**CLERK, US DISTRICT COURT**
United States Court House
300 Fannin Street, Suite 1167
Shreveport, LA 71101

Re:  Eric Myszke-Francis

Your No:  11-mj-0071-01
Our No:  MJ11-360

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 8/9/2011, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By bbeetham,
Deputy Clerk